**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Purdy Mechanical Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0697785** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **110 Miami Avenue**<br>**Absecon, NJ 08201**<br>Number, Street, City, State & ZIP Code | **PO Box 532**<br>**Absecon, NJ 08201**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Atlantic**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5183</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|--------|-----------|--|--------------|-----------|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

---

### ▬ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2023**
                MM / DD / YYYY

**X** **/s/ Harry C. Purdy, Jr.**              **Harry C. Purdy, Jr.**
     Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Joseph M. Casello**          Date   **July 24, 2023**
     Signature of attorney for debtor             MM / DD / YYYY

**Joseph M. Casello**
Printed name

**Collins, Vella & Casello, LLC**
Firm name

**2317 Route 34, Suite 1A**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone   **732-751-1766**     Email address   **jcasello@cvclaw.net**

**005631994 NJ**
Bar number and State

# United States Bankruptcy Court
## District of New Jersey

In re __Purdy Mechanical Inc.__

Debtor(s)

Case No. _____

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __July 24, 2023__

__/s/ Harry C. Purdy, Jr.__

__Harry C. Purdy, Jr./President__
Signer/Title

3D Edge LLC
1509 W. Oak Road
Vineland, NJ 08360


A.P. Construction, Inc.
915 S. Blackhorse Pike
Blackwood, NJ 08012


Aaon
Dept 563
Tulsa, OK 74182


Aaron & Company
PO Box 827239
Philadelphia, PA 19182-7239


Accurate Insulation LLC
120 Pinnacle Place Suite C
Little River, SC 29566


Ace Plumbing Heating & Electric Supply
667 South Delsea Drive
Vineland, NJ 08360


Ally
PO Box 9001948
Louisville, KY 40290-1948


American Express
Bankruptcy Department
P.O. Box 981540
El Paso, TX 79998


Aqua Treat
PO Box 462
Blackwood, NJ 08012


AT&T
PO Box 6563
Carol Stream, IL 60197-4069


Atlantic City Electric
PO Box 4875
Trenton, NJ 08650

Atlantic City Plumbling & Heating
601 South Delsea Drive
Vineland, NJ 08360


Atlantic Plumbing Supply Corp.
702 Joine Ave
Long Branch, NJ 07740


B & S Metal Installation
112 Woodbury Drive
Egg Harbor Township, NJ 08234


Beacon Medaes
Dept 3234
PO Box 123234
Dallas, TX 75312-3234


Bishop Mechanical Services LLC
206 W White Horse Pike
Absecon, NJ 08205


BJ Terroni
3190 Tucker Road
Bensalem, PA 19020


Blankin Equipment
PO Box 8329
Elkridge, MD 21075


Bonland Industries, Inc.
890 Towbin Ave
Lakewood, NJ 08701


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Carpenter & Paterson Inc.
PO Box 347831
Pittsburgh, PA 15251-4876


Citi Business Card
PO Box 182564
Columbus, OH 43218-2564

Citizens One Auto Finance
PO Box 42113
Providence, RI 02940-2113


City of Absecon Tax Office
500 Mill Road
Absecon, NJ 08201


City of Philadelphia
Dept. of Licenses & Inspections
License Issuance Unit
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102


City of Philadelphia
Department of Revenue
Po Box 1630
Philadelphia, PA 19105-1630


Clapp Associates, Inc.
1325 O'Reilly Drive
Feasterville, PA 19053


CM3
185 Commerce Drive
Suite 1
Fort Washington, PA 19034


Comcast Cable
PO Box 70219
Philadelphia, PA 19176-0219


Cooper Electric Supply Co.
PO Box 415925
Boston, MA 02241-5925


Copiers Plus
3112 Fire Road, Suite C
Egg Harbor Township, NJ 08234-5887


Cranez, Inc.
Po Box 247
Williamstown, NJ 08094

D.P. Towing
24 S. Odessa Ave.
Egg Harbor City, NJ 08215


Daikin Applied
24827 Network Place
Chicago, IL 60673


Del-Ren Associates, Inc.
1414 Shreve Avenue
Barrington, NJ 08007-1501


Diamond Tool
2800 Grays Ferry Ave
Philadelphia, PA 19146


DVL, Inc.
115 Sinclair Road
Bristol, PA 19007


Dynamic Control Systems, Inc.
600 Clark Ave.
King of Prussia, PA 19406


E-Z Pass
PO Box 52005
Newark, NJ 07101-8205


Economy Plumbing & Heating Supply
FEI #114
PO Box 827006
Philadelphia, PA 19182-7066


EMS Supply LLC
PO Box 48
Westville, NJ 08093


Energy Products Company
868 Sussex Blvd
PO Box 488
Broomall, PA 19008


EZ Pass
PO Box 4973
Trenton, NJ 08650

```
FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Ferguson Enterprises, Inc.
PO Box 417592
Boston, MA 02241-7592


Ferguson Waterworks
PO Box 827066
Philadelphia, PA 19182-7066


Fisher Balancing Co.
1799 Glasbro Cross Keys Road
Williamstown, NJ 08094


FW Webb Company
160 Middlex Turnpike
Bedford, MA 01730


Gage-it, Inc.
94 N. Branch Street
Sellersville, PA 18960


Geothermal Services Inc.
PO Box 427
Mays Landing, NJ 08330


Gerard Sheet Metal Fab, Inc.
385 Lexington Ave.
East Brunswick, NJ 08816


GM Financial
PO Box 183593
Arlington, TX 76096-3834


Gold Medal Environmental
309 Salina Road
Sewell, NJ 08080


Grant Supply Company Inc
c/o FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730-1416
```

```
Grove Supply Inc.
PO Box 3029
Warminster, PA 18974-0103


H.C. Nye Company, Inc.
2999 Revere Street
PO Box 4103
Harrisburg, PA 17111


Hale Trainler Brake & Wheel, Inc.
PO Box 1400
Voorhees, NJ 08043


Hankin Sandman Palladino
30 S New York Ave.
Atlantic City, NJ 08401


Harrison Publishing House
PO Box 320
Littleton, NH 03561-0320


Harry C. Purdy, Jr.
353 S. Leipzig Ave
Egg Harbor City, NJ 08215


Hays Sheet Metal Inc.
7070 Kaighn Ave.
Building B
Pennsauken, NJ 08109


Hilti Inc.
PO Box 70299
Philadelphia, PA 19176-0299


Horizon Blue Cross Blue Shield of NJ
PO Box 10130
Newark, NJ 07101-3130


IE Shaffer & Co.
PO Box 1028
Trenton, NJ 08628
```

Internatioal Asbestos Removal Inc.
c/o JPC Group Inc.
228 Blackwood-Barnsboro Road
Blackwood, NJ 08012


John F. Scanlan, Inc.
1238 Belmont Ave.
Philadelphia, PA 19104


Johnson Controls
PO Box 730068
Dallas, TX 75373


Kiker Sheet Metal Corp.
PO Box 1487
Pleasantville, NJ 08232


L-M Services, Inc.
6710 A Westfield Ave.
Pennsauken, NJ 08110


Liberty Mutual Insurance
PO Box 188025
Fairfield, OH 45018-8025


Local 322
534 South Route 73
Hammonton, NJ 08037


Local 9
Plumbers & Pipefitters
PO Box 1028
Trenton, NJ 08628-0230


Local Union 322 Trust Funds Office
534 Soute Route 73
Hammonton, NJ 08037


Lokring Northeast LLC
100 Naamans Road
Suite 5J
Claymont, DE 19703

Louis P. Canuso, Inc.
PO Box 501
Thorofare, NJ 08086


Luthe Sheet Metal Inc.
1200 S Union Ave
Cherry Hill, NJ 08002


M.C. Controls, Inc.
10 Shawnee Trail
Shamong, NJ 08088


Major Medical Hospital Services Inc.
150 Cooper Road
Suite G-20
West Berlin, NJ 08091


Marlyn Sheet Metal
606 N Delsea Drive
Clayton, NJ 08312-1220


Mason Industries
PO Box 410
Smithtown, NY 11787


Maxwell Systems
PO Box 822338
Philadelphia, PA 19182-2338


Mechanical Piping Solutions
8 Progress Drive
Morrisville, PA 19067


Medical Gas Solutions, Inc.
201 Fulton Street
Chester, PA 19013


Merion Pump & Equipment Co.
2 Raymond Drive
Suite EF
Havertown, PA 19083


MPF Insulation
21 Ridgewood Ct
Northfield, NJ 08225

NE KEY.COM LLC
PO Box 3780
Cherry Hill, NJ 08034


New Jersey American Water
Box 371331
Pittsburgh, PA 15250-7331


New Jersey Commerce Office of Business
PO Box 820
Trenton, NJ 08625-0820


New Jersey Division of Consumer Affairs
Regulated Business Section
PO Box 46016
Newark, NJ 07101


NJ Commerce
Office of Business Services
PO Box 820
Trenton, NJ 08625-0820


NJ Commissioner of Labor & Workforce
Po Box 389
Trenton, NJ 08625-0389


NJ Division of Motor Vehicles
Revenue Processing Center
PO Box 008
Trenton, NJ 08646-0008


NJ Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695


NJ Division of Taxation
Corp Business Tax
PO Box 257
Trenton, NJ 08646-0257


NJ Divison of Revenue
Business Support Services
PO Box 455
Trenton, NJ 08646

NJ Family Support Payment Center
PO Box 4880
Trenton, NJ 08650-4880


NJ Mediatior Resolution Services LLC
PO Box 1343
Wall, NJ 07719


NJ-PHCCC
PO Box 2067
Princeton, NJ 08543


NJBLS Welfare Fund
3218 Kennedy Blvd.
Jersey City, NJ 07306


OceanFirst Bank
975 Hooper Ave
Toms River, NJ 08753


Pennergy Solutions LLC
PO Box 731
Royersford, PA 19468


Pennsylvania Department of Revenue
PO Box 280403
Harrisburg, PA 17128-0403


Pennsylvania Unemployment Compensation
Office of U/C Tax Services
Harrisburg, PA 17106-0848


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Inc
PO Box 371896
Pittsburgh, PA 15250-7896


Plumbers & Pipefitters National Pension
Po Box 62031
Baltimore, MD 21264

Quality Concrete Cutting
PO Box 1444
Eatontown, NJ 07724


R.D. Bitzer Co. Inc.
776 American Drive
Bensalem, PA 19020


R.E. Michel Company, Inc.
Po Box 2318
Baltimore, MD 21203


Radius Systems LLC
101 Ponds Edge Drive, Suite 201
Chadds Ford, PA 19317


Reeves Lawn Care LLC
103 N. Cologne Ave.
Egg Harbor City, NJ 08215


Ricoh Americas Corporation
d/b/a Ricoh Business Solutions
PO Box 4245
Carol Stream, IL 60197-4248


Ricoh Customer Finance Corp.
PO Box 33076
Newark, NJ 07188


Ricoh USA Inc.
PO Box 827577
Philadelphia, PA 19182-7577


Roberts Oxygen Company, Inc.
PO Box 5507
Rockville, MD 20855


Rosenberg & Parker Surety Bonds
595 E Swedesford Road
Suite 350
Wayne, PA 19087

S. Jersey Mechanical Contractors Assoc
10,000 Lincoln Dr. East
Suite 201
Marlton, NJ 08053


Sass Moore Service Corp.
906 N Evergreen Ave.
Woodbury, NJ 08096


Seiberlich Trane Energy Company
66 Southgate Blvd.
New Castle, DE 19720


Shore Agency, Inc.
453 White Horse Pike
Absecon, NJ 08201


Shore Fasteners & Supply Co.
500 N. Main Street
Pleasantville, NJ 08232


Shore Industrial Supply Corp.
c/o Ideal Supply
445 Communipaw Ave.
Jersey City, NJ 07304


Shore Supply
745 West Delilah Highway
Pleasantville, NJ 08232


Siemens Building Technologies, Inc.
c/o Citibank (Bldg Tech)
PO Box 2134
Carol Stream, IL 60132-2134


SJMCA
One Greentree Centre, Suite 201
Marlton, NJ 08053


South Jersey Gas
PO Box 6091
Bellmawr, NJ 08099-6091

State Board of Master HVACR Contractors
PO Box 47031
Newark, NJ 07101


State of New Jersey
Department of Labor
Division of Revenue Processing
PO Box 929
Trenton, NJ 08646-0929


State of New Jersey
Division of Employer
PO Box 394
Trenton, NJ 08625-0394


State of NJ Sales & Use Tax
PO Box 999
Trenton, NJ 08646-0999


State of NJ- CBT
PO Box 666
Trenton, NJ 08646-0666


TAB Systems
235 N. Route 73
Unit C
West Berlin, NJ 08091


Team Industrial Services, Inc.
PO Box 842233
Dallas, TX 75284-2233


Terminex Commerical
PO Box 742592
Cincinnati, OH 45274-2592


Terrence R. Mooney CPA
247 New Jersey Avenue
Absecon, NJ 08201


Thackray Crane Rental Inc.
2071 Byberry Road
Philadelphia, PA 19116

The City of Philadelphia
Department of Revenue
PO Box 8040
Philadelphia, PA 19105


Thomas Company, Inc.
6587 Delilah Road
Egg Harbor Township, NJ 08234


Tozour Energy Systems
PO Box 74845
Cleveland, OH 44194-4845


Tozour Trane
3606 Horizon Drive
King of Prussia, PA 19406


Trane Company
Po Box 406469
Atlanta, GA 30384-6469


Trimble
PO Box 203558
Dallas, TX 75320-3558


TriState HVAC Equipment LLP
Union Hill Industrial Park
One Resource Drive West
Conshohocken, PA 19428


U.A. Local 322
Po Box 73
Winslow, NJ 08095


U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448


United Refrigeration Inc.
PO Box 82-01000
Philadelphia, PA 19182-0100


United Rentals Credit Office #214
PO Box 100711
Atlanta, GA 30384-0711

US Bank
PO Box 790448
Saint Louis, MO 63179


Victaulic Tool Company
PO Box 8538-2444
Philadelphia, PA 19171-0244


W.W. Granger, Inc.
Dept 531 - 859355307
Palatine, IL 60038-0001


Wallace Supply Company
108 SW Blvd & Elmer Street
Vineland, NJ 08362-0829


Weinstein Supply
c/o Hajoca Corporation
PO Box 536414
Pittsburgh, PA 15253-5906

# United States Bankruptcy Court
## District of New Jersey

In re __Purdy Mechanical Inc.__      Case No. _____

Debtor(s)      Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Purdy Mechanical Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Harry C. Purdy, Jr.**
**353 S. Leipzig Ave**
**Egg Harbor City, NJ 08215**

☐ None [*Check if applicable*]

__July 24, 2023__
Date

__/s/ Joseph M. Casello__
**Joseph M. Casello**

Signature of Attorney or Litigant
Counsel for    **Purdy Mechanical Inc.**
**Collins, Vella & Casello, LLC**
**2317 Route 34, Suite 1A**
**Manasquan, NJ 08736**
**732-751-1766 Fax:732-751-1866**
**jcasello@cvclaw.net**