**Fill in this information to identify the case:**

Debtor name   **Purdy Mechanical Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-16425**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  4, 2023**       X **/s/ Harry C. Purdy, Jr.**
                                         Signature of individual signing on behalf of debtor

                                         **Harry C. Purdy, Jr.**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Debtor name **Purdy Mechanical Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-16425**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $      2,155,991.33

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $      2,155,991.33

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      818,746.30

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      1,151,215.26

4.  Total liabilities ........................................................................................
    Lines 2 + 3a + 3b      $      1,969,961.56

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    **Purdy Mechanical Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-16425**

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Ocean First** | **Checking** | 0798 | **$0.00** |
| 3.2. | **Ocean First** | **Checking** | 9384 | **$0.00** |
| 3.3. | **Ocean First** | **Sweep Account** | | **$201,277.33** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$201,277.33**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  **1,857,963.00**  -  **0.00**  = ....  **$1,857,963.00**

face amount   doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,857,963.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Miscellaneous Parts | | $0.00 | | $20,000.00 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$20,000.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Print Tables, Chairs, Miscellaneous Furniture** | **$0.00** | | **$1,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **5 Computers, 1 Server, Phone System, Printers & Plotter** | **$0.00** | | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$1,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Jeep Wrangler** | **$0.00** | | **$33,109.00** |
| 47.2. **2019 Chevy Silverado** | **$0.00** | | **$19,790.00** |
| 47.3. **2017 Jeep Grand Cherokee** | **$0.00** | | **$20,936.00** |

47.4.    **2008 Chevy 2500 Pickup**                    **$0.00**                          **$1,916.00**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Miscellaneous Hand Tools & Equipment**          **$0.00**                          **Unknown**

51.    **Total of Part 8.**                                          | **$75,751.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,277.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,857,963.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,751.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,155,991.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,155,991.33 |

Debtor name **Purdy Mechanical Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-16425**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 Jeep Wrangler** | **$8,767.00** | **$33,109.00** |
|---|---|---|---|---|

**PO Box 9001948**
**Louisville, KY 40290-1948**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3814**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **GM Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 Chevy Silverado** | **$9,979.30** | **$19,790.00** |
|---|---|---|---|---|

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5771**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **OceanFirst Bank** |
|---|---|

Creditor's Name

**975 Hooper Ave
Toms River, NJ 08753**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6060**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien   $800,000.00   $1,857,963.00
**90 days or less: Accounts Receivable**

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $818,746.30

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **Purdy Mechanical Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-16425**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,218.24** |
|---|---|---|---|
| | **3D Edge LLC** | ☐ Contingent | |
| | **1509 W. Oak Road** | ☐ Unliquidated | |
| | **Vineland, NJ 08360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **A.P. Construction, Inc.** | ☐ Contingent | |
| | **915 S. Blackhorse Pike** | ☐ Unliquidated | |
| | **Blackwood, NJ 08012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aaon** | ☐ Contingent | |
| | **Dept 563** | ☐ Unliquidated | |
| | **Tulsa, OK 74182** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aaron & Company** | ☐ Contingent | |
| | **PO Box 827239** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182-7239** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,758.32 |
|---|---|---|---|

**Accurate Insulation LLC**
**120 Pinnacle Place Suite C**
**Little River, SC 29566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.92 |
|---|---|---|---|

**Ace Plumbing Heating & Electric Supply**
**667 South Delsea Drive**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number **9792**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**American Express**
**Bankruptcy Department**
**P.O. Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Credit Card**

Last 4 digits of account number **2004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aqua Treat**
**PO Box 462**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.69 |
|---|---|---|---|

**AT&T**
**PO Box 6563**
**Carol Stream, IL 60197-4069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Phone Bill**

Last 4 digits of account number **5000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.69 |
|---|---|---|---|

**Atlantic City Electric**
**PO Box 4875**
**Trenton, NJ 08650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utility Bill**

Last 4 digits of account number **9963**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Atlantic City Plumbling & Heating**
**601 South Delsea Drive**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Atlantic Plumbing Supply Corp.**
**702 Joine Ave**
**Long Branch, NJ 07740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**B & S Metal Installation**
**112 Woodbury Drive**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,869.20** |

**Beacon Medaes**
**Dept 3234**
**PO Box 123234**
**Dallas, TX 75312-3234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bishop Mechanical Services LLC**
**206 W White Horse Pike**
**Absecon, NJ 08205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BJ Terroni**
**3190 Tucker Road**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Blankin Equipment**
**PO Box 8329**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bonland Industries, Inc.**
**890 Towbin Ave**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Capital One**
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Credit Card

Last 4 digits of account number  **3383**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,077.93** |
|---|---|---|---|

**Carpenter & Paterson Inc.**
**PO Box 347831**
**Pittsburgh, PA 15251-4876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Vendor

Last 4 digits of account number  **8228**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Citi Business Card**
**PO Box 182564**
**Columbus, OH 43218-2564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Credit Card

Last 4 digits of account number  **3472**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Citizens One Auto Finance**
**PO Box 42113**
**Providence, RI 02940-2113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Loan

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Absecon Tax Office**
**500 Mill Road**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Taxes

Last 4 digits of account number  **2091**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Philadelphia**
**Dept. of Licenses & Inspections**
**License Issuance Unit**
**1401 John F. Kennedy Blvd.**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Philadelphia**
**Department of Revenue**
**Po Box 1630**
**Philadelphia, PA 19105-1630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clapp Associates, Inc.**
**1325 O'Reilly Drive**
**Feasterville, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CM3**
**185 Commerce Drive**
**Suite 1**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$387.71** |
|---|---|---|---|

**Comcast Cable**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility Bill__

Last 4 digits of account number __5238__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cooper Electric Supply Co.**
**PO Box 415925**
**Boston, MA 02241-5925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __2400__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.64** |
|---|---|---|---|

**Copiers Plus**
**3112 Fire Road, Suite C**
**Egg Harbor Township, NJ 08234-5887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __6299__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cranez, Inc.**
**Po Box 247**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**D.P. Towing**
**24 S. Odessa Ave.**
**Egg Harbor City, NJ 08215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**3.33**

Nonpriority creditor's name and mailing address
**Daikin Applied**
**24827 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **2507**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.34**

Nonpriority creditor's name and mailing address
**Del-Ren Associates, Inc.**
**1414 Shreve Avenue**
**Barrington, NJ 08007-1501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.35**

Nonpriority creditor's name and mailing address
**Diamond Tool**
**2800 Grays Ferry Ave**
**Philadelphia, PA 19146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.36**

Nonpriority creditor's name and mailing address
**DVL, Inc.**
**115 Sinclair Road**
**Bristol, PA 19007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,381.44**

---

**3.37**

Nonpriority creditor's name and mailing address
**Dynamic Control Systems, Inc.**
**600 Clark Ave.**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.38**

Nonpriority creditor's name and mailing address
**E-Z Pass**
**PO Box 52005**
**Newark, NJ 07101-8205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.39**

Nonpriority creditor's name and mailing address
**Economy Plumbing & Heating Supply**
**FEI #114**
**PO Box 827006**
**Philadelphia, PA 19182-7066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,560.00 |

**EMS Supply LLC**
PO Box 48
Westville, NJ 08093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Energy Products Company**
868 Sussex Blvd
PO Box 488
Broomall, PA 19008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.30 |

**EZ Pass**
PO Box 4973
Trenton, NJ 08650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7209**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**FedEx**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4760**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ferguson Enterprises, Inc.**
PO Box 417592
Boston, MA 02241-7592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2166**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ferguson Waterworks**
PO Box 827066
Philadelphia, PA 19182-7066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2777**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,687.50 |

**Fisher Balancing Co.**
1799 Glasbro Cross Keys Road
Williamstown, NJ 08094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$818.55** |

**FW Webb Company**
**160 Middlex Turnpike**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gage-it, Inc.**
**94 N. Branch Street**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Geothermal Services Inc.**
**PO Box 427**
**Mays Landing, NJ 08330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121,142.40** |

**Gerard Sheet Metal Fab, Inc.**
**385 Lexington Ave.**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127.92** |

**Gold Medal Environmental**
**309 Salina Road**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trash Removal**

Last 4 digits of account number  **6163**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Grant Supply Company Inc**
**c/o FW Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **PURMEC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.44** |

**Grove Supply Inc.**
**PO Box 3029**
**Warminster, PA 18974-0103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2317**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**H.C. Nye Company, Inc.**
**2999 Revere Street**
**PO Box 4103**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hale Trainler Brake & Wheel, Inc.**
**PO Box 1400**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hankin Sandman Palladino**
**30 S New York Ave.**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harrison Publishing House**
**PO Box 320**
**Littleton, NH 03561-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **2506**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00** |
|---|---|---|---|

**Harry C. Purdy, Jr.**
**353 S. Leipzig Ave**
**Egg Harbor City, NJ 08215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loans to Corporation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,812.33** |
|---|---|---|---|

**Hays Sheet Metal Inc.**
**7070 Kaighn Ave.**
**Building B**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hilti Inc.**
**PO Box 70299**
**Philadelphia, PA 19176-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **2208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Horizon Blue Cross Blue Shield of NJ**
**PO Box 10130**
**Newark, NJ 07101-3130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2814**

Basis for the claim:  **Medical Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**IE Shaffer & Co.**
**PO Box 1028**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**Internatioal Asbestos Removal Inc.**
**c/o JPC Group Inc.**
**228 Blackwood-Barnsboro Road**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John F. Scanlan, Inc.**
**1238 Belmont Ave.**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,125.00 |
|---|---|---|---|

**Johnson Controls**
**PO Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367,658.10 |
|---|---|---|---|

**Kiker Sheet Metal Corp.**
**PO Box 1487**
**Pleasantville, NJ 08232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,877.00 |
|---|---|---|---|

**L-M Services, Inc.**
**6710 A Westfield Ave.**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68**

Nonpriority creditor's name and mailing address

**Liberty Mutual Insurance**
**PO Box 188025**
**Fairfield, OH 45018-8025**

Date(s) debt was incurred _

Last 4 digits of account number **0580**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69**

Nonpriority creditor's name and mailing address

**Local 322**
**534 South Route 73**
**Hammonton, NJ 08037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70**

Nonpriority creditor's name and mailing address

**Local 9**
**Plumbers & Pipefitters**
**PO Box 1028**
**Trenton, NJ 08628-0230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71**

Nonpriority creditor's name and mailing address

**Local Union 322 Trust Funds Office**
**534 Soute Route 73**
**Hammonton, NJ 08037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72**

Nonpriority creditor's name and mailing address

**Lokring Northeast LLC**
**100 Naamans Road**
**Suite 5J**
**Claymont, DE 19703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,298.08**

---

**3.73**

Nonpriority creditor's name and mailing address

**Louis P. Canuso, Inc.**
**PO Box 501**
**Thorofare, NJ 08086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$32,424.92**

---

**3.74**

Nonpriority creditor's name and mailing address

**Luthe Sheet Metal Inc.**
**1200 S Union Ave**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,686.25**

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |
|---|---|---|---|

**M.C. Controls, Inc.**
**10 Shawnee Trail**
**Shamong, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,868.00** |
|---|---|---|---|

**Major Medical Hospital Services Inc.**
**150 Cooper Road**
**Suite G-20**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,089.27** |
|---|---|---|---|

**Marlyn Sheet Metal**
**606 N Delsea Drive**
**Clayton, NJ 08312-1220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mason Industries**
**PO Box 410**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maxwell Systems**
**PO Box 822338**
**Philadelphia, PA 19182-2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mechanical Piping Solutions**
**8 Progress Drive**
**Morrisville, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Medical Gas Solutions, Inc.**
**201 Fulton Street**
**Chester, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merion Pump & Equipment Co.**
2 Raymond Drive
Suite EF
Havertown, PA 19083

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MPF Insulation**
21 Ridgewood Ct
Northfield, NJ 08225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,117.38** |
|---|---|---|---|

**NE KEY.COM LLC**
PO Box 3780
Cherry Hill, NJ 08034

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Managed Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.79** |
|---|---|---|---|

**New Jersey American Water**
Box 371331
Pittsburgh, PA 15250-7331

Date(s) debt was incurred _

Last 4 digits of account number __2929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Bill__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**New Jersey Commerce Office of Business**
PO Box 820
Trenton, NJ 08625-0820

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**New Jersey Division of Consumer Affairs**
**Regulated Business Section**
PO Box 46016
Newark, NJ 07101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NJ Commerce**
**Office of Business Services**
PO Box 820
Trenton, NJ 08625-0820

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Commissioner of Labor & Workforce**
**Po Box 389**
**Trenton, NJ 08625-0389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Division of Motor Vehicles**
**Revenue Processing Center**
**PO Box 008**
**Trenton, NJ 08646-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Taxes__

**Last 4 digits of account number** _5000_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Division of Taxation**
**Corp Business Tax**
**PO Box 257**
**Trenton, NJ 08646-0257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Divison of Revenue**
**Business Support Services**
**PO Box 455**
**Trenton, NJ 08646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Family Support Payment Center**
**PO Box 4880**
**Trenton, NJ 08650-4880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _413A_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**NJ Mediatior Resolution Services LLC**
**PO Box 1343**
**Wall, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**

Nonpriority creditor's name and mailing address

**NJ-PHCCC**
**PO Box 2067**
**Princeton, NJ 08543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97**

Nonpriority creditor's name and mailing address

**NJBLS Welfare Fund**
**3218 Kennedy Blvd.**
**Jersey City, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98**

Nonpriority creditor's name and mailing address

**Pennergy Solutions LLC**
**PO Box 731**
**Royersford, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.99**

Nonpriority creditor's name and mailing address

**Pennsylvania Department of Revenue**
**PO Box 280403**
**Harrisburg, PA 17128-0403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100**

Nonpriority creditor's name and mailing address

**Pennsylvania Unemployment Compensation**
**Office of U/C Tax Services**
**Harrisburg, PA 17106-0848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101**

Nonpriority creditor's name and mailing address

**Pitney Bowes**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number **4263**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.52**

---

**3.102**

Nonpriority creditor's name and mailing address

**Plumbers & Pipefitters National Pension**
**Po Box 62031**
**Baltimore, MD 21264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Quality Concrete Cutting**
PO Box 1444
Eatontown, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**R.D. Bitzer Co. Inc.**
776 American Drive
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**R.E. Michel Company, Inc.**
Po Box 2318
Baltimore, MD 21203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **6464**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,027.30** |
|---|---|---|---|

**Radius Systems LLC**
101 Ponds Edge Drive, Suite 201
Chadds Ford, PA 19317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Reeves Lawn Care LLC**
103 N. Cologne Ave.
Egg Harbor City, NJ 08215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Maintenance Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186.09** |
|---|---|---|---|

**Ricoh Americas Corporation**
d/b/a Ricoh Business Solutions
PO Box 4245
Carol Stream, IL 60197-4248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **6213**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ricoh USA Inc.**
PO Box 827577
Philadelphia, PA 19182-7577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **3192**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.86 |

**Roberts Oxygen Company, Inc.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred _
Last 4 digits of account number **6661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rosenberg & Parker Surety Bonds**
595 E Swedesford Road
Suite 350
Wayne, PA 19087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**S. Jersey Mechanical Contractors Assoc**
10,000 Lincoln Dr. East
Suite 201
Marlton, NJ 08053

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sass Moore Service Corp.**
906 N Evergreen Ave.
Woodbury, NJ 08096

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,546.97 |

**Seiberlich Trane Energy Company**
66 Southgate Blvd.
New Castle, DE 19720

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shore Agency, Inc.**
453 White Horse Pike
Absecon, NJ 08201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.27 |

**Shore Fasteners & Supply Co.**
500 N. Main Street
Pleasantville, NJ 08232

Date(s) debt was incurred _
Last 4 digits of account number **3636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shore Industrial Supply Corp.**
**c/o Ideal Supply**
**445 Communipaw Ave.**
**Jersey City, NJ 07304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shore Supply**
**745 West Delilah Highway**
**Pleasantville, NJ 08232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Siemens Building Technologies, Inc.**
**c/o Citibank (Bldg Tech)**
**PO Box 2134**
**Carol Stream, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SJMCA**
**One Greentree Centre, Suite 201**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.91** |
|---|---|---|---|

**South Jersey Gas**
**PO Box 6091**
**Bellmawr, NJ 08099-6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Bill**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State Board of Master HVACR Contractors**
**PO Box 47031**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of New Jersey**
**Department of Labor**
**Division of Revenue Processing**
**PO Box 929**
**Trenton, NJ 08646-0929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.124** | |

**Nonpriority creditor's name and mailing address**

**State of New Jersey**
**Division of Employer**
**PO Box 394**
**Trenton, NJ 08625-0394**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.125** | |

**Nonpriority creditor's name and mailing address**

**State of NJ Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08646-0999**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.126** | |

**Nonpriority creditor's name and mailing address**

**State of NJ- CBT**
**PO Box 666**
**Trenton, NJ 08646-0666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.127** | |

**Nonpriority creditor's name and mailing address**

**TAB Systems**
**235 N. Route 73**
**Unit C**
**West Berlin, NJ 08091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

| | |
|---|---|
| **3.128** | |

**Nonpriority creditor's name and mailing address**

**Team Industrial Services, Inc.**
**PO Box 842233**
**Dallas, TX 75284-2233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$7,275.00**

---

| | |
|---|---|
| **3.129** | |

**Nonpriority creditor's name and mailing address**

**Terminex Commerical**
**PO Box 742592**
**Cincinnati, OH 45274-2592**

Date(s) debt was incurred _

Last 4 digits of account number **3595**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pest Control Services

Is the claim subject to offset? ■ No ☐ Yes

**$76.77**

---

| | |
|---|---|
| **3.130** | |

**Nonpriority creditor's name and mailing address**

**Terrence R. Mooney CPA**
**247 New Jersey Avenue**
**Absecon, NJ 08201**

Date(s) debt was incurred _

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,098.02** |

**Thackray Crane Rental Inc.**
**2071 Byberry Road**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**The City of Philadelphia**
**Department of Revenue**
**PO Box 8040**
**Philadelphia, PA 19105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,060.50** |

**Thomas Company, Inc.**
**6587 Delilah Road**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tozour Energy Systems**
**PO Box 74845**
**Cleveland, OH 44194-4845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number  **Y011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tozour Trane**
**3606 Horizon Drive**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,927.47** |

**Trane Company**
**Po Box 406469**
**Atlanta, GA 30384-6469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number  **9512**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Trimble**
**PO Box 203558**
**Dallas, TX 75320-3558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:    **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.138** Nonpriority creditor's name and mailing address

**TriState HVAC Equipment LLP**
**Union Hill Industrial Park**
**One Resource Drive West**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

**U.A. Local 322**
**Po Box 73**
**Winslow, NJ 08095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

**U.S. Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred _

Last 4 digits of account number  **2514**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

**United Refrigeration Inc.**
**PO Box 82-01000**
**Philadelphia, PA 19182-0100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** Nonpriority creditor's name and mailing address

**United Rentals Credit Office #214**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred _

Last 4 digits of account number  **1775**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,212.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address

**Victaulic Tool Company**
**PO Box 8538-2444**
**Philadelphia, PA 19171-0244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

**W.W. Granger, Inc.**
**Dept 531 - 859355307**
**Palatine, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number  **5307**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Purdy Mechanical Inc.** | Case number (if known) | **23-16425** |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wallace Supply Company**
**108 SW Blvd & Elmer Street**
**Vineland, NJ 08362-0829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number  <u>9388</u>

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Weinstein Supply**
**c/o Hajoca Corporation**
**PO Box 536414**
**Pittsburgh, PA 15253-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number  <u>1340</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ricoh Customer Finance Corp.**<br>**PO Box 33076**<br>**Newark, NJ 07188** | Line  **3.108**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,151,215.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,151,215.26 |

Fill in this information to identify the case:

Debtor name __**Purdy Mechanical Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __23-16425__

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Toner Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Copiers Plus**<br>**3112 Fire Road, Suite C**<br>**Egg Harbor Township, NJ 08234-5887** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease of Mailing Equipment** |
| State the term remaining | |
| List the contract number of any government contract | **Pitney Bowes Inc**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Lanier Copier Lease** |
| State the term remaining | |
| List the contract number of any government contract | **US Bank**<br>**PO Box 790448**<br>**Saint Louis, MO 63179** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor name __**Purdy Mechanical Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __23-16425__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,056,913.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$7,328,959.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,624,912.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |
   | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Check Registers Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Harry C. Purdy, Jr.**<br>**353 S. Leipzig Ave**<br>**Egg Harbor City, NJ 08215**<br>**Shareholder** | **Various** | **$0.00** | **Salar through payroll** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 3:**</div>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 4:**</div>   **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joseph M. Casello, Esq<br>Collins, Vella & Casello, LLC<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736** | **Legal Services** | **July 2023** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | Dates of occupancy From-To |
    |---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Terrence R. Mooney CPA** **247 New Jersey Avenue** **Absecon, NJ 08201** | **2003 to present** |
| 26a.2. **Jennifer Purdy** **353 S. Leipzig Avenue** **Egg Harbor City, NJ 08215** | **2003 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Terrence R. Mooney CPA** **247 New Jersey Avenue** **Absecon, NJ 08201** | **2003 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Harry C. Purdy, Jr.** **353 S. Leipzig Ave** **Egg Harbor City, NJ 08215** | |
| 26c.2. **Terrence R. Mooney CPA** **247 New Jersey Avenue** **Absecon, NJ 08201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **OceanFirst Bank** **975 Hooper Ave** **Toms River, NJ 08753** |
| 26d.2. **Rosenberg & Parker Surety Bonds** **595 E Swedesford Road** **Suite 305** **Wayne, PA 19087** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Harry C. Purdy, Jr. | 353 S. Leipzig Ave<br>Egg Harbor City, NJ 08215 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| Local 322 | EIN:  21-6016638-001 |
| Local 9 | EIN:  51-0219541-001 |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  4, 2023**

**/s/ Harry C. Purdy, Jr.**                              **Harry C. Purdy, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/28/2023 | | Bittenbender Constru... | Accounts Receivable | | | X | 31,710.60 | -46,397.48 |
| 04/28/2023 | 23410 | Galloway Township ... | Donation | Color Run Don... | 100.00 | X | | -46,497.48 |
| 04/28/2023 | 23411 | Atlantic City Electric | Utilities:Gas and Electric | 5500 0982 235 | 249.84 | X | | -46,747.32 |
| 04/28/2023 | | | Ocean City Sweep Mo... | wd | | X | 1,679.77 | -45,067.55 |
| 05/01/2023 | | Capital One Bank | Capital One Visa | 4802 1397 518... | 5,630.34 | X | | -50,697.89 |
| 05/01/2023 | 23412 | Marlyn Sheet Metal | Accounts Payable | 2053 | 7,333.79 | X | | -58,031.68 |
| 05/01/2023 | 23413 | Seiberlich Trane Ene... | Accounts Payable | JC109525 | 40,860.47 | X | | -98,892.15 |
| 05/01/2023 | 23433 | US Bank | Office Expense | 499930972 | 186.59 | X | | -99,078.74 |
| 05/01/2023 | 23434 | South Jersey Gas Co... | Utilities:Gas and Electric | 0104100000 | 171.33 | X | | -99,250.07 |
| 05/01/2023 | 23438 | Frank Mauroff | Job Materials | Home Depot P... | 70.35 | X | | -99,320.42 |
| 05/01/2023 | 23439 | Atlantic Plumbing Su... | -split- | | 147.79 | X | | -99,468.21 |
| 05/01/2023 | 23440 | Carpenter & Paterson... | Accounts Payable | 838228 | 4,076.95 | X | | -103,545.16 |
| 05/01/2023 | 23441 | Grove Supply, Inc. | -split- | 22317 | 463.54 | X | | -104,008.70 |
| 05/01/2023 | 23442 | Clapp Associates, Inc. | Accounts Payable | | 946.61 | X | | -104,955.31 |
| 05/01/2023 | 23443 | Quality Concrete Cut... | Accounts Payable | | 4,875.00 | X | | -109,830.31 |
| 05/01/2023 | 23444 | Shore Fasteners & S... | Accounts Payable | C3636 | 470.51 | X | | -110,300.82 |
| 05/01/2023 | 23445 | United Rentals | Accounts Payable | 771775 | 1,193.57 | X | | -111,494.39 |
| 05/01/2023 | 23446 | LM Service Compan... | Accounts Payable | 2380529 | 2,548.77 | X | | -114,043.16 |
| 05/01/2023 | 23447 | South Jersey Culliga... | Accounts Payable | 20359767 | 2,095.00 | X | | -116,138.16 |
| 05/01/2023 | 23448 | Thackray Crane Rent... | Accounts Payable | | 10,766.40 | X | | -126,904.56 |
| 05/01/2023 | 23449 | TriState HVAC Equi... | Accounts Payable | 00-PURDY | 620.00 | X | | -127,524.56 |
| 05/01/2023 | 23450 | Harry C. Purdy Jr. | Shareholder Distrubution | 5/23 | 1,350.00 | X | | -128,874.56 |
| 05/01/2023 | | | Ocean City Sweep Mo... | wd | | X | 9,791.48 | -119,083.08 |
| 05/02/2023 | | | Ocean City Sweep Mo... | WD | | X | 11,360.24 | -107,722.84 |
| 05/03/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 10,594.42 | X | | -118,317.26 |
| 05/03/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,624.30 | X | | -119,941.56 |
| 05/03/2023 | 23451 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06 ... | 478.54 | X | | -120,420.10 |
| 05/03/2023 | 23452 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -120,603.10 |
| 05/03/2023 | 23414 | Justin H O'Donnell | -split- | | 1,371.52 | X | | -121,974.62 |
| 05/03/2023 | 23415 | Christopher G Chiro... | -split- | | 1,088.54 | X | | -123,063.16 |
| 05/03/2023 | 23416 | David C Hankle | -split- | | 1,222.26 | X | | -124,285.42 |
| 05/03/2023 | 23417 | David Torres | -split- | | 1,143.74 | X | | -125,429.16 |
| 05/03/2023 | 23418 | Dennis Gass | -split- | | 1,272.26 | X | | -126,701.42 |
| 05/03/2023 | 23419 | Harry C Purdy, JR. | -split- | | 2,088.98 | X | | -128,790.40 |
| 05/03/2023 | 23420 | Harry C Purdy, Sr | -split- | | 1,064.39 | X | | -129,854.79 |
| 05/03/2023 | 23421 | James P Ireland | -split- | | 1,479.89 | X | | -131,334.68 |
| 05/03/2023 | 23422 | Jared S Haemmerle | -split- | | 445.89 | X | | -131,780.57 |
| 05/03/2023 | 23423 | Joseph F Bendig | -split- | | 1,272.25 | X | | -133,052.82 |
| 05/03/2023 | 23425 | Matthew Mihalik | -split- | | 832.72 | X | | -133,885.54 |
| 05/03/2023 | 23426 | Michael A Cuzydlo | -split- | | 1,312.62 | X | | -135,198.16 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/03/2023 | 23427 | Steven M Otto | -split- | | 1,272.26 | X | | -136,470.42 |
| 05/03/2023 | 23428 | Dennis R Vivian | -split- | | 1,311.26 | X | | -137,781.68 |
| 05/03/2023 | 23429 | Harry C Purdy, JR. | -split- | | 815.13 | X | | -138,596.81 |
| 05/03/2023 | 23432 | Marc R Horan | -split- | | 1,311.25 | X | | -139,908.06 |
| 05/03/2023 | 23435 | Frank Mauroff Jr. | -split- | | 1,091.69 | X | | -140,999.75 |
| 05/03/2023 | 23436 | Ja'Quan Feliciano | -split- | | 633.89 | X | | -141,633.64 |
| 05/03/2023 | 23437 | Jennifer L Mosier | -split- | | 568.05 | X | | -142,201.69 |
| 05/03/2023 | | | Ocean City Sweep Mo... | wd | | X | 17,205.58 | -124,996.11 |
| 05/04/2023 | | | Ocean City Sweep Mo... | wd | | X | 73,240.37 | -51,755.74 |
| 05/05/2023 | | | Ocean City Sweep Mo... | wd | | X | 8,335.97 | -43,419.77 |
| 05/08/2023 | | | Ocean City Sweep Mo... | wd | | X | 12,223.72 | -31,196.05 |
| 05/09/2023 | | | Subcontractor 1099-NEC | Deposit | | X | 1,777.00 | -29,419.05 |
| 05/09/2023 | | The Carlin Collabora... | Accounts Receivable | | | X | 21,788.00 | -7,631.05 |
| 05/09/2023 | 23474 | Reeves Lawn Care L... | -split- | | 415.84 | X | | -8,046.89 |
| 05/09/2023 | 23475 | New Jersey America... | Utilities:Water | 1018-2100232... | 29.68 | X | | -8,076.57 |
| 05/09/2023 | 23476 | American Express | Auto Expense | 3727-301835-2... | 80.00 | X | | -8,156.57 |
| 05/09/2023 | 23477 | Terrence R. Mooney ... | Professional Fees:Acco... | 05032023 | 1,104.90 | X | | -9,261.47 |
| 05/09/2023 | 23478 | Terminix | Office Expense | 5053595 | 76.77 | X | | -9,338.24 |
| 05/09/2023 | 23479 | Gold Medal Environ... | Utilities:Trash Removal | 0005367778 | 130.45 | X | | -9,468.69 |
| 05/09/2023 | 23480 | Copiers Plus | Office Expense | IN752437 | 142.81 | X | | -9,611.50 |
| 05/09/2023 | | | Ocean City Sweep Mo... | Dep | | X | 423.64 | -10,035.14 |
| 05/09/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 11,162.32 | X | | -21,197.46 |
| 05/10/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,732.90 | X | | -22,930.36 |
| 05/10/2023 | 23481 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -23,408.90 |
| 05/10/2023 | 23482 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -23,591.90 |
| 05/10/2023 | 23483 | Hale Trailer Brake &... | Accounts Payable | | 730.39 | X | | -24,322.29 |
| 05/10/2023 | 23484 | Roberts Oxygen Com... | Accounts Payable | 86661 | 339.52 | X | | -24,661.81 |
| 05/10/2023 | 23485 | United Rentals | Accounts Payable | 771775 | 960.75 | X | | -25,622.56 |
| 05/10/2023 | 23453 | Jennifer L Mosier | -split- | | 568.05 | X | | -26,190.61 |
| 05/10/2023 | 23454 | Christopher G Chiro... | -split- | | 1,311.25 | X | | -27,501.86 |
| 05/10/2023 | 23455 | David C Hankle | -split- | | 1,222.27 | X | | -28,724.13 |
| 05/10/2023 | 23456 | Dennis Gass | -split- | | 1,272.26 | X | | -29,996.39 |
| 05/10/2023 | 23457 | Dennis R Vivian | -split- | | 1,311.27 | X | | -31,307.66 |
| 05/10/2023 | 23458 | Harry C Purdy, JR. | -split- | | 815.13 | X | | -32,122.79 |
| 05/10/2023 | 23459 | Harry C Purdy, Sr | -split- | | 1,064.39 | X | | -33,187.18 |
| 05/10/2023 | 23460 | James P Ireland | -split- | | 1,479.86 | X | | -34,667.04 |
| 05/10/2023 | 23461 | Jared S Haemmerle | -split- | | 365.21 | X | | -35,032.25 |
| 05/10/2023 | 23462 | Joseph F Bendig | -split- | | 1,272.27 | X | | -36,304.52 |
| 05/10/2023 | 23463 | Justin H O'Donnell | -split- | | 1,379.79 | X | | -37,684.31 |
| 05/10/2023 | 23464 | Marc R Horan | -split- | | 1,315.65 | X | | -38,999.96 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/10/2023 | 23465 | Matthew Mihalik | -split- | | 832.73 | X | | -39,832.69 |
| 05/10/2023 | 23466 | Michael A Cuzydlo | -split- | | 1,312.60 | X | | -41,145.29 |
| 05/10/2023 | 23467 | Steven M Otto | -split- | | 1,272.26 | X | | -42,417.55 |
| 05/10/2023 | 23468 | David Torres | -split- | | 1,184.22 | X | | -43,601.77 |
| 05/10/2023 | 23469 | Frank Mauroff Jr. | -split- | | 1,357.62 | X | | -44,959.39 |
| 05/10/2023 | 23470 | Ja'Quan Feliciano | -split- | | 1,027.65 | X | | -45,987.04 |
| 05/10/2023 | 23471 | Harry C Purdy, JR. | -split- | | 2,118.99 | X | | -48,106.03 |
| 05/10/2023 | | | Ocean City Sweep Mo... | dep | 20,190.38 | X | | -68,296.41 |
| 05/11/2023 | | | Bank Service Charges | Service Charge | 4.40 | X | | -68,300.81 |
| 05/11/2023 | | | Ocean City Sweep Mo... | wd | | X | 15,236.76 | -53,064.05 |
| 05/12/2023 | 23486 | Local 9 | -split- | 010697785 | 99,124.45 | X | | -152,188.50 |
| 05/12/2023 | 23487 | Local 322 | -split- | | 1,171.31 | X | | -153,359.81 |
| 05/12/2023 | 23488 | Local Union 322 Tru... | -split- | | 31,240.70 | X | | -184,600.51 |
| 05/12/2023 | | | Ocean City Sweep Mo... | WD | | X | 6,615.58 | -177,984.93 |
| 05/15/2023 | 23507 | Dave Torres | Job Materials | Water | 44.93 | X | | -178,029.86 |
| 05/15/2023 | | | Ocean City Sweep Mo... | WD | | X | 4,469.11 | -173,560.75 |
| 05/16/2023 | | | Ocean City Sweep Mo... | wd | | X | 9,973.97 | -163,586.78 |
| 05/17/2023 | 23508 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -163,769.78 |
| 05/17/2023 | 23509 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -164,248.32 |
| 05/17/2023 | 23489 | Christopher G Chiro... | -split- | | 1,088.54 | X | | -165,336.86 |
| 05/17/2023 | 23490 | David C Hankle | -split- | | 1,223.66 | X | | -166,560.52 |
| 05/17/2023 | 23491 | Dennis Gass | -split- | | 1,272.26 | X | | -167,832.78 |
| 05/17/2023 | 23492 | Dennis R Vivian | -split- | | 1,311.25 | X | | -169,144.03 |
| 05/17/2023 | 23493 | Harry C Purdy, JR. | -split- | | 2,119.00 | X | | -171,263.03 |
| 05/17/2023 | 23494 | Harry C Purdy, Sr | -split- | | 1,064.38 | X | | -172,327.41 |
| 05/17/2023 | 23495 | James P Ireland | -split- | | 1,485.03 | X | | -173,812.44 |
| 05/17/2023 | 23496 | Jared S Haemmerle | -split- | | 445.88 | X | | -174,258.32 |
| 05/17/2023 | 23497 | Jennifer L Mosier | -split- | | 568.06 | X | | -174,826.38 |
| 05/17/2023 | 23498 | Joseph F Bendig | -split- | | 1,272.26 | X | | -176,098.64 |
| 05/17/2023 | 23499 | Justin H O'Donnell | -split- | | 1,379.80 | X | | -177,478.44 |
| 05/17/2023 | 23500 | Marc R Horan | -split- | | 1,320.32 | X | | -178,798.76 |
| 05/17/2023 | 23501 | Matthew Mihalik | -split- | | 832.72 | X | | -179,631.48 |
| 05/17/2023 | 23502 | Michael A Cuzydlo | -split- | | 1,312.89 | X | | -180,944.37 |
| 05/17/2023 | 23503 | Steven M Otto | -split- | | 1,272.26 | X | | -182,216.63 |
| 05/17/2023 | 23504 | David Torres | -split- | | 1,184.22 | X | | -183,400.85 |
| 05/17/2023 | 23505 | Harry C Purdy, JR. | -split- | | 815.13 | X | | -184,215.98 |
| 05/17/2023 | 23506 | Ja'Quan Feliciano | -split- | | 446.39 | X | | -184,662.37 |
| 05/17/2023 | | | Ocean City Sweep Mo... | wd | | X | 131,885.89 | -52,776.48 |
| 05/18/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 10,038.24 | X | | -62,814.72 |
| 05/18/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,546.00 | X | | -64,360.72 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/18/2023 | | | Ocean City Sweep Mo... | wd | | X | 4,382.36 | -59,978.36 |
| 05/19/2023 | 23510 | Louis P. Canuso, Inc. | -split- | | 36,914.61 | X | | -96,892.97 |
| 05/19/2023 | 23511 | Beacon Medaes | Accounts Payable | 1123706027 | 5,815.61 | X | | -102,708.58 |
| 05/19/2023 | 23512 | Shore Fasteners & S... | Job Materials | C3636 | 5.06 | X | | -102,713.64 |
| 05/19/2023 | 23513 | FW Webb Company | Accounts Payable | | 4,938.25 | X | | -107,651.89 |
| 05/19/2023 | 23514 | Shore Agency, Inc. | Bond Expense | Master Plumbe... | 50.00 | X | | -107,701.89 |
| 05/19/2023 | | | Ocean City Sweep Mo... | wd | | X | 20,434.67 | -87,267.22 |
| 05/20/2023 | | Liberty Mutual Insur... | -split- | | 19,405.16 | X | | -106,672.38 |
| 05/22/2023 | | | Ocean City Sweep Mo... | wd | | X | 2,443.57 | -104,228.81 |
| 05/23/2023 | | | Ocean City Sweep Mo... | wd | | X | 22,904.74 | -81,324.07 |
| 05/24/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 10,897.58 | X | | -92,221.65 |
| 05/24/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,685.00 | X | | -93,906.65 |
| 05/24/2023 | 23534 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -94,089.65 |
| 05/24/2023 | 23535 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -94,568.19 |
| 05/24/2023 | 23536 | Horizon BCBSNJ | Insurance:Medical Insu... | 301910336 | 3,763.55 | X | | -98,331.74 |
| 05/24/2023 | 23515 | Frank Mauroff Jr. | -split- | | 1,357.65 | X | | -99,689.39 |
| 05/24/2023 | 23516 | Christopher G Chiro... | -split- | | 1,088.52 | X | | -100,777.91 |
| 05/24/2023 | 23517 | David C Hankle | -split- | | 1,231.32 | X | | -102,009.23 |
| 05/24/2023 | 23518 | David Torres | -split- | | 1,184.24 | X | | -103,193.47 |
| 05/24/2023 | 23519 | Dennis Gass | -split- | | 1,272.26 | X | | -104,465.73 |
| 05/24/2023 | 23520 | Dennis R Vivian | -split- | | 1,315.16 | X | | -105,780.89 |
| 05/24/2023 | 23521 | Harry C Purdy, JR. | -split- | | 2,118.99 | | | -107,899.88 |
| 05/24/2023 | 23522 | Harry C Purdy, Sr | -split- | | 1,064.39 | X | | -108,964.27 |
| 05/24/2023 | 23523 | Ja'Quan Feliciano | -split- | | 786.92 | X | | -109,751.19 |
| 05/24/2023 | 23524 | James P Ireland | -split- | | 1,488.87 | X | | -111,240.06 |
| 05/24/2023 | 23525 | Jared S Haemmerle | -split- | | 365.21 | X | | -111,605.27 |
| 05/24/2023 | 23526 | Jennifer L Mosier | -split- | | 568.07 | X | | -112,173.34 |
| 05/24/2023 | 23527 | Joseph F Bendig | -split- | | 1,272.25 | X | | -113,445.59 |
| 05/24/2023 | 23528 | Justin H O'Donnell | -split- | | 1,379.79 | X | | -114,825.38 |
| 05/24/2023 | 23529 | Marc R Horan | -split- | | 1,380.01 | X | | -116,205.39 |
| 05/24/2023 | 23530 | Matthew Mihalik | -split- | | 841.37 | X | | -117,046.76 |
| 05/24/2023 | 23531 | Michael A Cuzydlo | -split- | | 1,321.67 | X | | -118,368.43 |
| 05/24/2023 | 23532 | Steven M Otto | -split- | | 1,272.26 | X | | -119,640.69 |
| 05/24/2023 | 23533 | Harry C Purdy, JR. | -split- | | 815.13 | | | -120,455.82 |
| 05/24/2023 | | | Ocean City Sweep Mo... | wd | | X | 42,035.86 | -78,419.96 |
| 05/25/2023 | | | Ocean City Sweep Mo... | dep | 158,376.51 | X | | -236,796.47 |
| 05/26/2023 | | Torcon:PO 1470 - D... | Accounts Receivable | | | X | 164,722.74 | -72,073.73 |
| 05/26/2023 | | Target Building Cons... | Accounts Receivable | | | X | 47,290.50 | -24,783.23 |
| 05/26/2023 | | Bittenbender Constru... | Accounts Receivable | | | X | 25,483.50 | 700.27 |
| 05/26/2023 | 23541 | Accurate Insulation ... | Accounts Payable | 2023063 | 18,113.40 | X | | -17,413.13 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/26/2023 | 23542 | Kiker Sheet Metal C... | Accounts Payable | 10598REV | 16,730.10 | X | | -34,143.23 |
| 05/26/2023 | | | Ocean City Sweep Mo... | deo | 56,829.59 | X | | -90,972.82 |
| 05/30/2023 | | | Ocean City Sweep Mo... | wd | | X | 6,176.39 | -84,796.43 |
| 05/31/2023 | | T.N. Ward Company:... | Accounts Receivable | | | X | 4,597.00 | -80,199.43 |
| 05/31/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 9,960.32 | X | | -90,159.75 |
| 05/31/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,537.15 | X | | -91,696.90 |
| 05/31/2023 | 23558 | Bishop Mechanical S... | Accounts Payable | | 2,984.77 | X | | -94,681.67 |
| 05/31/2023 | 23559 | Fisher Balancing Co. | Accounts Payable | 14054 | 4,500.00 | X | | -99,181.67 |
| 05/31/2023 | 23560 | Kiker Sheet Metal C... | Accounts Payable | 10587 | 6,102.00 | X | | -105,283.67 |
| 05/31/2023 | 23561 | Marlyn Sheet Metal | Accounts Payable | 2148 | 13,037.99 | X | | -118,321.66 |
| 05/31/2023 | 23562 | Jadwiga Cox | Office Expense | 5/26 | 150.00 | X | | -118,471.66 |
| 05/31/2023 | 23563 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -118,654.66 |
| 05/31/2023 | 23564 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -119,133.20 |
| 05/31/2023 | 23537 | Harry C Purdy, JR. | -split- | | 2,119.00 | | | -121,252.20 |
| 05/31/2023 | 23539 | James P Ireland | -split- | | 1,488.85 | X | | -122,741.05 |
| 05/31/2023 | 23540 | Harry C Purdy, JR. | -split- | | 815.13 | | | -123,556.18 |
| 05/31/2023 | 23543 | Christopher G Chiro... | -split- | | 1,088.54 | X | | -124,644.72 |
| 05/31/2023 | 23544 | David C Hankle | -split- | | 1,231.33 | X | | -125,876.05 |
| 05/31/2023 | 23545 | David Torres | -split- | | 1,184.22 | X | | -127,060.27 |
| 05/31/2023 | 23546 | Dennis Gass | -split- | | 1,272.25 | X | | -128,332.52 |
| 05/31/2023 | 23547 | Dennis R Vivian | -split- | | 1,320.33 | X | | -129,652.85 |
| 05/31/2023 | 23548 | Jared S Haemmerle | -split- | | 365.20 | X | | -130,018.05 |
| 05/31/2023 | 23549 | Joseph F Bendig | -split- | | 1,272.26 | X | | -131,290.31 |
| 05/31/2023 | 23550 | Justin H O'Donnell | -split- | | 1,379.80 | X | | -132,670.11 |
| 05/31/2023 | 23551 | Marc R Horan | -split- | | 1,320.32 | X | | -133,990.43 |
| 05/31/2023 | 23552 | Matthew Mihalik | -split- | | 841.80 | X | | -134,832.23 |
| 05/31/2023 | 23553 | Michael A Cuzydlo | -split- | | 1,321.67 | X | | -136,153.90 |
| 05/31/2023 | 23554 | Steven M Otto | -split- | | 1,272.25 | X | | -137,426.15 |
| 05/31/2023 | 23555 | Ja'Quan Feliciano | -split- | | 340.56 | X | | -137,766.71 |
| 05/31/2023 | 23556 | Jennifer L Mosier | -split- | | 515.35 | X | | -138,282.06 |
| 05/31/2023 | 23557 | Harry C Purdy, Sr | -split- | | 1,064.38 | X | | -139,346.44 |
| 05/31/2023 | | | Ocean City Sweep Mo... | wd | | X | 10,260.46 | -129,085.98 |
| 06/01/2023 | | Capital One Bank | Capital One Visa | 4802 1397 518... | 2,419.71 | X | | -131,505.69 |
| 06/01/2023 | | | Ocean City Sweep Mo... | wd | | X | 31,038.98 | -100,466.71 |
| 06/02/2023 | 23565 | Diamond Tool | Accounts Payable | | 4,432.90 | X | | -104,899.61 |
| 06/02/2023 | 23566 | Thomas Company, Inc. | Retainage Payable | | 985.00 | X | | -105,884.61 |
| 06/02/2023 | 23567 | Accurate Insulation ... | Retainage Payable | 2021061 RET | 301.87 | X | | -106,186.48 |
| 06/02/2023 | 23568 | M.C. Controls, Inc. | Retainage Payable | | 275.00 | | | -106,461.48 |
| 06/02/2023 | 23569 | N.E. Key | Office Expense | 9130 | 1,117.38 | X | | -107,578.86 |
| 06/02/2023 | 23570 | Comcast Cable | Cable | 8499 05 016 00... | 387.71 | X | | -107,966.57 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|--------:|---|--------:|--------:|
| 06/02/2023 | 23571 | Atlantic City Electric | Utilities:Gas and Electric | 5500 6302 883 | 11.24 | X | | -107,977.81 |
| 06/02/2023 | 23572 | Ally | Auto Loan - Ally Bank... | 6119 2886 3814 | 757.40 | X | | -108,735.21 |
| 06/02/2023 | 23573 | GM Financial | Auto Loan #5771 | 2110 3014 5771 | 677.79 | X | | -109,413.00 |
| 06/02/2023 | 23574 | Atlantic City Electric | Utilities:Gas and Electric | 5500 0982 235 | 260.26 | X | | -109,673.26 |
| 06/02/2023 | 23575 | US Bank | Office Expense | 502 365 778 | 186.59 | X | | -109,859.85 |
| 06/02/2023 | 23576 | South Jersey Gas Co... | Utilities:Gas and Electric | 0104100000 | 119.40 | X | | -109,979.25 |
| 06/02/2023 | | | Ocean City Sweep Mo... | wd | | X | 10,516.77 | -99,462.48 |
| 06/05/2023 | | Merrell & Gargaruso ... | Accounts Receivable | | | X | 12,298.00 | -87,164.48 |
| 06/05/2023 | | | Ocean City Sweep Mo... | wd | | X | 20,839.39 | -66,325.09 |
| 06/06/2023 | | The Botanist, New Je... | Accounts Receivable | | | X | 28,597.00 | -37,728.09 |
| 06/06/2023 | | The Botanist, New Je... | Accounts Receivable | | | X | 423.30 | -37,304.79 |
| 06/06/2023 | | The Botanist, New Je... | Accounts Receivable | | | X | 468.08 | -36,836.71 |
| 06/06/2023 | | Ocean First | Bank Service Charges | LOC Renewal ... | 750.00 | | | -37,586.71 |
| 06/06/2023 | 23622 | American Express | Auto Expense | 5-22004 | 80.00 | X | | -37,666.71 |
| 06/06/2023 | | | Stockholder Loans | Loan from Harr... | | X | 150,000.00 | 112,333.29 |
| 06/06/2023 | | | Ocean First 2023 | Open New Acc... | 100.00 | | | 112,233.29 |
| 06/06/2023 | | | Ocean City Sweep Mo... | dep | 176,234.43 | X | | -64,001.14 |
| 06/07/2023 | | Lafayette Utility Con... | Accounts Receivable | | | X | 2,955.00 | -61,046.14 |
| 06/07/2023 | FED EFT... | EFTPS | -split- | 01-0697785 | 9,773.18 | X | | -70,819.32 |
| 06/07/2023 | NJ EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,445.89 | X | | -72,265.21 |
| 06/07/2023 | 23598 | Dave Torres | Job Materials | Home Depot &... | 23.47 | X | | -72,288.68 |
| 06/07/2023 | 23599 | Justin O'Donnell | Job Materials | Water | 14.97 | X | | -72,303.65 |
| 06/07/2023 | 23600 | International Asbesto... | Retainage Payable | | 535.00 | | | -72,838.65 |
| 06/07/2023 | 23601 | Luthe Sheet Metal Inc. | Retainage Payable | | 3,686.25 | X | | -76,524.90 |
| 06/07/2023 | 23602 | Radius Systems LLC | Accounts Payable | 7-22033506 | 978.50 | X | | -77,503.40 |
| 06/07/2023 | 23603 | Radius Systems LLC | Retainage Payable | | 1,917.50 | X | | -79,420.90 |
| 06/07/2023 | 23607 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -79,603.90 |
| 06/07/2023 | 23608 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -80,082.44 |
| 06/07/2023 | 23577 | John A McIntyre | -split- | | 642.78 | X | | -80,725.22 |
| 06/07/2023 | 23578 | Laszlo J Sinka | -split- | | 863.36 | X | | -81,588.58 |
| 06/07/2023 | 23579 | Owen R Budden | -split- | | 321.49 | X | | -81,910.07 |
| 06/07/2023 | 23580 | Victor J Lorentzen | -split- | | 777.77 | X | | -82,687.84 |
| 06/07/2023 | 23581 | Christopher G Chiro... | -split- | | 1,088.53 | X | | -83,776.37 |
| 06/07/2023 | 23582 | David C Hankle | -split- | | 1,009.78 | X | | -84,786.15 |
| 06/07/2023 | 23583 | David Torres | -split- | | 969.45 | X | | -85,755.60 |
| 06/07/2023 | 23584 | Dennis Gass | -split- | | 1,052.54 | X | | -86,808.14 |
| 06/07/2023 | 23585 | Jared S Haemmerle | -split- | | 283.48 | X | | -87,091.62 |
| 06/07/2023 | 23586 | Joseph F Bendig | -split- | | 1,052.54 | X | | -88,144.16 |
| 06/07/2023 | 23587 | Justin H O'Donnell | -split- | | 1,379.80 | X | | -89,523.96 |
| 06/07/2023 | 23588 | Marc R Horan | -split- | | 1,095.78 | X | | -90,619.74 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/07/2023 | 23589 | Matthew Mihalik | -split- | | 617.22 | X | | -91,236.96 |
| 06/07/2023 | 23590 | Michael A Cuzydlo | -split- | | 1,097.14 | X | | -92,334.10 |
| 06/07/2023 | 23591 | Steven M Otto | -split- | | 1,052.54 | X | | -93,386.64 |
| 06/07/2023 | 23592 | John T Jolly III | -split- | | 863.36 | X | | -94,250.00 |
| 06/07/2023 | 23593 | Dennis R Vivian | -split- | | 1,095.78 | X | | -95,345.78 |
| 06/07/2023 | 23594 | Harry C Purdy, JR. | -split- | | 2,118.98 | | | -97,464.76 |
| 06/07/2023 | 23595 | Harry C Purdy, Sr | -split- | | 1,064.40 | X | | -98,529.16 |
| 06/07/2023 | 23596 | Ja'Quan Feliciano | -split- | | 792.67 | X | | -99,321.83 |
| 06/07/2023 | 23597 | James P Ireland | -split- | | 1,488.86 | X | | -100,810.69 |
| 06/07/2023 | 23604 | Jennifer L Mosier | -split- | | 526.50 | X | | -101,337.19 |
| 06/07/2023 | 23605 | Harry C Purdy, JR. | -split- | | 815.13 | | | -102,152.32 |
| 06/07/2023 | | | Ocean City Sweep Mo... | wd | | X | 14,750.92 | -87,401.40 |
| 06/08/2023 | FEDEFT... | EFTPS | -split- | 01-0697785 | 332.30 | X | | -87,733.70 |
| 06/08/2023 | NJ EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 28.72 | X | | -87,762.42 |
| 06/08/2023 | 23609 | Aqua Treat, Inc. | Accounts Payable | 37041 | 395.00 | X | | -88,157.42 |
| 06/08/2023 | 23610 | Cranez, Inc. | Accounts Payable | | 4,427.50 | X | | -92,584.92 |
| 06/08/2023 | 23611 | Deacon Industrial Su... | Accounts Payable | 2440733 | 1,109.35 | X | | -93,694.27 |
| 06/08/2023 | 23612 | Trane Company | Accounts Payable | 2709512 | 10,609.19 | | | -104,303.46 |
| 06/08/2023 | 23613 | Vertiv Corporation | Accounts Payable | 13193949 | 18,408.26 | X | | -122,711.72 |
| 06/08/2023 | 23614 | Ferguson Enterprises... | Accounts Payable | 22166 | 19,734.69 | X | | -142,446.41 |
| 06/08/2023 | 23615 | United Refrigeration ... | -split- | | 804.01 | X | | -143,250.42 |
| 06/08/2023 | 23616 | Carpenter & Paterson... | Accounts Payable | 838228 | 8,913.39 | X | | -152,163.81 |
| 06/08/2023 | 23617 | Louis P. Canuso, Inc. | -split- | | 30,988.68 | X | | -183,152.49 |
| 06/08/2023 | 23619 | Roberts Oxygen Com... | Accounts Payable | 86661 | 1,081.18 | X | | -184,233.67 |
| 06/08/2023 | 23620 | Shore Fasteners & S... | Accounts Payable | C3636 | 105.35 | X | | -184,339.02 |
| 06/08/2023 | 23621 | United Rentals | Accounts Payable | 771775 | 1,212.57 | X | | -185,551.59 |
| 06/08/2023 | 23628 | FW Webb Company | -split- | | 2,133.35 | X | | -187,684.94 |
| 06/08/2023 | 23629 | Hale Trailer Brake &... | Accounts Payable | | 730.39 | X | | -188,415.33 |
| 06/08/2023 | 23630 | Hilti | Job Materials | 0584858051 | 474.50 | X | | -188,889.83 |
| 06/08/2023 | 23631 | Atlantic Plumbing Su... | Accounts Payable | S3890085 | 374.89 | X | | -189,264.72 |
| 06/08/2023 | 23623 | John A McIntyre | -split- | | 341.02 | X | | -189,605.74 |
| 06/08/2023 | 23624 | John T Jolly III | -split- | | 325.00 | X | | -189,930.74 |
| 06/08/2023 | 23625 | Laszlo J Sinka | -split- | | 325.00 | X | | -190,255.74 |
| 06/08/2023 | 23626 | Owen R Budden | -split- | | 113.28 | X | | -190,369.02 |
| 06/08/2023 | 23627 | Victor J Lorentzen | -split- | | 325.00 | X | | -190,694.02 |
| 06/08/2023 | | | Ocean City Sweep Mo... | wd | | X | 15,038.17 | -175,655.85 |
| 06/09/2023 | | | Ocean City Sweep Mo... | wd | | X | 16,496.99 | -159,158.86 |
| 06/12/2023 | | | Bank Service Charges | Service Charge | 37.80 | X | | -159,196.66 |
| 06/12/2023 | | | Ocean City Sweep Mo... | wd | | X | 7,422.64 | -151,774.02 |
| 06/13/2023 | | Stafford Township S... | Accounts Receivable | | | X | 1,386.00 | -150,388.02 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/13/2023 | 23668 | Local Union 322 Tru... | -split- | | 24,886.68 | X | | -175,274.70 |
| 06/13/2023 | | | Ocean City Sweep Mo... | wd | | X | 82,005.78 | -93,268.92 |
| 06/14/2023 | | Atlantic City Medical... | Accounts Receivable | | | X | 271.00 | -92,997.92 |
| 06/14/2023 | FED EFT... | EFTPS | -split- | 01-0697785 | 12,711.30 | X | | -105,709.22 |
| 06/14/2023 | NJ EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 1,987.33 | X | | -107,696.55 |
| 06/14/2023 | 23664 | Gold Medal Environ... | Utilities:Trash Removal | 0005426047 | 128.72 | X | | -107,825.27 |
| 06/14/2023 | 23665 | Terrence R. Mooney ... | Professional Fees:Acco... | 060623 | 1,725.00 | X | | -109,550.27 |
| 06/14/2023 | 23666 | Terminix | Office Expense | 433973509 | 76.77 | X | | -109,627.04 |
| 06/14/2023 | 23667 | New Jersey America... | Utilities:Water | 1018-2100232... | 29.76 | X | | -109,656.80 |
| 06/14/2023 | 23669 | Local 322 | -split- | | 886.48 | X | | -110,543.28 |
| 06/14/2023 | 23670 | Local 9 | -split- | 010697785 | 82,521.95 | X | | -193,065.23 |
| 06/14/2023 | 23671 | Reeves Lawn Care L... | -split- | | 805.02 | X | | -193,870.25 |
| 06/14/2023 | 23672 | Copiers Plus | Office Expense | IN755071 | 65.22 | X | | -193,935.47 |
| 06/14/2023 | 23673 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -194,118.47 |
| 06/14/2023 | 23674 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -194,597.01 |
| 06/14/2023 | 23632 | Jennifer L Mosier | -split- | | 508.31 | X | | -195,105.32 |
| 06/14/2023 | 23633 | John A McIntyre | -split- | | 1,449.25 | X | | -196,554.57 |
| 06/14/2023 | 23634 | John T Jolly III | -split- | | 1,311.27 | X | | -197,865.84 |
| 06/14/2023 | 23635 | Joseph F Bendig | -split- | | 1,272.26 | X | | -199,138.10 |
| 06/14/2023 | 23636 | Justin H O'Donnell | -split- | | 1,379.80 | X | | -200,517.90 |
| 06/14/2023 | 23637 | Laszlo J Sinka | -split- | | 1,311.27 | X | | -201,829.17 |
| 06/14/2023 | 23638 | Marc R Horan | -split- | | 1,320.33 | X | | -203,149.50 |
| 06/14/2023 | 23639 | Matthew Mihalik | -split- | | 841.79 | X | | -203,991.29 |
| 06/14/2023 | 23640 | Michael A Cuzydlo | -split- | | 1,321.67 | X | | -205,312.96 |
| 06/14/2023 | 23641 | Owen R Budden | -split- | | 509.13 | X | | -205,822.09 |
| 06/14/2023 | 23642 | Steven M Otto | -split- | | 1,272.26 | X | | -207,094.35 |
| 06/14/2023 | 23643 | Victor J Lorentzen | -split- | | 1,311.26 | X | | -208,405.61 |
| 06/14/2023 | 23644 | Ja'Quan Feliciano | -split- | | 651.07 | X | | -209,056.68 |
| 06/14/2023 | 23654 | Harry C Purdy, JR. | -split- | | 815.13 | | | -209,871.81 |
| 06/14/2023 | 23655 | Christopher G Chiro... | -split- | | 1,088.53 | X | | -210,960.34 |
| 06/14/2023 | 23656 | David C Hankle | -split- | | 1,231.32 | X | | -212,191.66 |
| 06/14/2023 | 23657 | Dennis Gass | -split- | | 1,272.26 | X | | -213,463.92 |
| 06/14/2023 | 23658 | Dennis R Vivian | -split- | | 1,320.32 | X | | -214,784.24 |
| 06/14/2023 | 23659 | Harry C Purdy, JR. | -split- | | 2,119.00 | | | -216,903.24 |
| 06/14/2023 | 23660 | Harry C Purdy, Sr | -split- | | 1,064.38 | X | | -217,967.62 |
| 06/14/2023 | 23661 | James P Ireland | -split- | | 1,488.86 | X | | -219,456.48 |
| 06/14/2023 | 23662 | Jared S Haemmerle | -split- | | 445.90 | X | | -219,902.38 |
| 06/14/2023 | 23663 | David Torres | -split- | | 1,184.22 | X | | -221,086.60 |
| 06/14/2023 | | | Ocean City Sweep Mo... | wd | | X | 5,953.15 | -215,133.45 |
| 06/15/2023 | | New Jersey Division ... | Taxes:State | 010-697-785/000 | 375.00 | X | | -215,508.45 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/15/2023 | | | Ocean City Sweep Mo... | wd | | X | 29,015.86 | -186,492.59 |
| 06/16/2023 | 23675 | N.E. Key | Office Expense | 9353 | 1,117.38 | | | -187,609.97 |
| 06/16/2023 | 23676 | Atlantic Plumbing Su... | Accounts Payable | TE-S3890085(... | 351.60 | | | -187,961.57 |
| 06/16/2023 | 23677 | Ferguson Enterprises... | Accounts Payable | 22166 | 5.33 | X | | -187,966.90 |
| 06/16/2023 | | | Ocean City Sweep Mo... | wd | | X | 18,534.95 | -169,431.95 |
| 06/19/2023 | 23702 | Ally | Auto Loan - Ally Bank... | 6119 2886 3814 | 757.40 | X | | -170,189.35 |
| 06/20/2023 | | Liberty Mutual Insur... | -split- | | 19,405.16 | X | | -189,594.51 |
| 06/20/2023 | | | Ocean City Sweep Mo... | wd | | X | 28,538.72 | -161,055.79 |
| 06/21/2023 | FED EFT... | EFTPS | -split- | 01-0697785 | 12,830.74 | X | | -173,886.53 |
| 06/21/2023 | NJ EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 2,013.19 | X | | -175,899.72 |
| 06/21/2023 | 23701 | Dave Torres | Job Materials | Water | 12.00 | X | | -175,911.72 |
| 06/21/2023 | 23703 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | X | | -176,094.72 |
| 06/21/2023 | 23704 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | X | | -176,573.26 |
| 06/21/2023 | 23678 | Jennifer L Mosier | -split- | | 508.30 | X | | -177,081.56 |
| 06/21/2023 | 23679 | Christopher G Chiro... | -split- | | 1,311.27 | X | | -178,392.83 |
| 06/21/2023 | 23680 | David C Hankle | -split- | | 1,231.34 | X | | -179,624.17 |
| 06/21/2023 | 23681 | David Torres | -split- | | 1,184.22 | X | | -180,808.39 |
| 06/21/2023 | 23682 | Dennis Gass | -split- | | 1,280.92 | X | | -182,089.31 |
| 06/21/2023 | 23683 | Dennis R Vivian | -split- | | 1,320.34 | X | | -183,409.65 |
| 06/21/2023 | 23684 | Harry C Purdy, JR. | -split- | | 2,118.99 | | | -185,528.64 |
| 06/21/2023 | 23685 | Harry C Purdy, Sr | -split- | | 1,064.39 | X | | -186,593.03 |
| 06/21/2023 | 23686 | Ja'Quan Feliciano | -split- | | 651.08 | | | -187,244.11 |
| 06/21/2023 | 23687 | James P Ireland | -split- | | 1,488.86 | X | | -188,732.97 |
| 06/21/2023 | 23688 | Jared S Haemmerle | -split- | | 365.22 | X | | -189,098.19 |
| 06/21/2023 | 23689 | John A McIntyre | -split- | | 1,449.27 | X | | -190,547.46 |
| 06/21/2023 | 23690 | John T Jolly III | -split- | | 1,311.25 | X | | -191,858.71 |
| 06/21/2023 | 23691 | Joseph F Bendig | -split- | | 1,272.25 | X | | -193,130.96 |
| 06/21/2023 | 23692 | Justin H O'Donnell | -split- | | 1,379.80 | X | | -194,510.76 |
| 06/21/2023 | 23693 | Laszlo J Sinka | -split- | | 1,311.25 | X | | -195,822.01 |
| 06/21/2023 | 23694 | Marc R Horan | -split- | | 1,320.33 | X | | -197,142.34 |
| 06/21/2023 | 23695 | Matthew Mihalik | -split- | | 841.79 | X | | -197,984.13 |
| 06/21/2023 | 23696 | Michael A Cuzydlo | -split- | | 1,321.68 | X | | -199,305.81 |
| 06/21/2023 | 23697 | Steven M Otto | -split- | | 1,280.92 | X | | -200,586.73 |
| 06/21/2023 | 23698 | Victor J Lorentzen | -split- | | 1,311.27 | X | | -201,898.00 |
| 06/21/2023 | 23699 | Owen R Budden | -split- | | 509.13 | X | | -202,407.13 |
| 06/21/2023 | 23700 | Harry C Purdy, JR. | -split- | | 815.13 | | | -203,222.26 |
| 06/21/2023 | | | Ocean City Sweep Mo... | wd | | X | 3,102.83 | -200,119.43 |
| 06/22/2023 | 23705 | Jadwiga Cox | Office Expense | 6/21 | 150.00 | X | | -200,269.43 |
| 06/22/2023 | 23706 | Purdy Automotive. | Auto Expense | 22899 | 557.39 | | | -200,826.82 |
| 06/22/2023 | 23707 | Pitney Bowes | Postage and Delivery | 3317 5677 35 | 300.52 | X | | -201,127.34 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/22/2023 | | | Ocean City Sweep Mo... | wd | | X | 109,741.03 | -91,386.31 |
| 06/23/2023 | | | Ocean City Sweep Mo... | wd | | X | 25,444.16 | -65,942.15 |
| 06/26/2023 | | Omega High Impact ... | Accounts Receivable | | | X | 14,176.00 | -51,766.15 |
| 06/26/2023 | | Bittenbender Constru... | Accounts Receivable | | | X | 96,162.30 | 44,396.15 |
| 06/26/2023 | | | Ocean City Sweep Mo... | dep | 104,922.96 | X | | -60,526.81 |
| 06/27/2023 | 23743 | Horizon BCBSNJ | Insurance:Medical Insu... | 302124514 | 3,763.55 | | | -64,290.36 |
| 06/27/2023 | | | Ocean City Sweep Mo... | wd | | X | 3,594.73 | -60,695.63 |
| 06/28/2023 | FED EFT... | EFTPS | -split- | 01-0697785 | 16,278.86 | X | | -76,974.49 |
| 06/28/2023 | NJ EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 2,499.04 | X | | -79,473.53 |
| 06/28/2023 | 23744 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | -79,656.53 |
| 06/28/2023 | 23745 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | | | -80,135.07 |
| 06/28/2023 | 23746 | Dave Torres | Job Materials | Water | 15.00 | X | | -80,150.07 |
| 06/28/2023 | 23747 | Justin O'Donnell | Job Materials | Water | 24.95 | X | | -80,175.02 |
| 06/28/2023 | 23708 | Nelson Ortiz | -split- | | 976.70 | | | -81,151.72 |
| 06/28/2023 | 23709 | Paul R Doran | -split- | | 614.59 | | | -81,766.31 |
| 06/28/2023 | 23710 | Thomas J Gallagher | -split- | | 588.78 | | | -82,355.09 |
| 06/28/2023 | 23711 | Tyler M Hering | -split- | | 976.70 | | | -83,331.79 |
| 06/28/2023 | 23713 | Christopher G Chiro... | -split- | | 1,088.53 | X | | -84,420.32 |
| 06/28/2023 | 23715 | Dennis Gass | -split- | | 1,281.33 | | | -85,701.65 |
| 06/28/2023 | 23716 | Dennis R Vivian | -split- | | 1,646.67 | | | -87,348.32 |
| 06/28/2023 | 23717 | Harry C Purdy, JR. | -split- | | 2,119.00 | X | | -89,467.32 |
| 06/28/2023 | 23718 | Harry C Purdy, Sr | -split- | | 1,064.38 | X | | -90,531.70 |
| 06/28/2023 | 23719 | James P Ireland | -split- | | 1,488.87 | X | | -92,020.57 |
| 06/28/2023 | 23720 | Jared S Haemmerle | -split- | | 503.98 | | | -92,524.55 |
| 06/28/2023 | 23721 | John A McIntyre | -split- | | 915.35 | | | -93,439.90 |
| 06/28/2023 | 23722 | John T Jolly III | -split- | | 1,311.26 | X | | -94,751.16 |
| 06/28/2023 | 23724 | Justin H O'Donnell | -split- | | 1,852.67 | X | | -96,603.83 |
| 06/28/2023 | 23725 | Laszlo J Sinka | -split- | | 1,311.26 | X | | -97,915.09 |
| 06/28/2023 | 23726 | Marc R Horan | -split- | | 1,320.32 | X | | -99,235.41 |
| 06/28/2023 | 23727 | Matthew Mihalik | -split- | | 617.24 | X | | -99,852.65 |
| 06/28/2023 | 23728 | Michael A Cuzydlo | -split- | | 1,321.67 | X | | -101,174.32 |
| 06/28/2023 | 23729 | Owen R Budden | -split- | | 643.23 | X | | -101,817.55 |
| 06/28/2023 | 23730 | Steven M Otto | -split- | | 1,281.33 | X | | -103,098.88 |
| 06/28/2023 | 23731 | Victor J Lorentzen | -split- | | 1,634.89 | X | | -104,733.77 |
| 06/28/2023 | 23732 | Willie N Williams | -split- | | 326.38 | X | | -105,060.15 |
| 06/28/2023 | 23733 | David C Hankle | -split- | | 1,556.67 | X | | -106,616.82 |
| 06/28/2023 | 23734 | Ja'Quan Feliciano | -split- | | 651.08 | | | -107,267.90 |
| 06/28/2023 | 23735 | Jennifer L Mosier | -split- | | 490.12 | X | | -107,758.02 |
| 06/28/2023 | 23736 | Harry C Purdy, JR. | -split- | | 815.13 | X | | -108,573.15 |
| 06/28/2023 | 23739 | David Torres | -split- | | 1,668.30 | X | | -110,241.45 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/28/2023 | 23740 | Joseph F Bendig | -split- | | 1,370.02 | X | | -111,611.47 |
| 06/28/2023 | 23741 | Frank Mauroff Jr. | -split- | | 1,705.85 | X | | -113,317.32 |
| 06/29/2023 | 23737 | Accurate Insulation ... | Accounts Payable | 2023189 | 5,378.56 | | | -118,695.88 |
| 06/29/2023 | 23738 | Vertiv Corporation | Accounts Payable | 13201443 | 59,961.03 | | | -178,656.91 |
| 06/29/2023 | 23748 | Local Union 322 Tru... | Union Liability | May 2023 Pens... | 91.00 | | | -178,747.91 |
| 06/29/2023 | 23749 | Reeves Lawn Care L... | -split- | | 698.39 | | | -179,446.30 |
| 06/29/2023 | 23750 | Comcast Cable | Cable | 8499 05 016 00... | 387.71 | | | -179,834.01 |
| 06/29/2023 | 23751 | Atlantic City Electric | Utilities:Gas and Electric | 5500 6302 883 | 14.41 | | | -179,848.42 |
| 06/29/2023 | 23752 | Copiers Plus | Office Expense | IN757788 | 58.64 | | | -179,907.06 |
| 06/29/2023 | 23753 | AT & T Mobility | Telephone | 287245540500 | 1,112.09 | | | -181,019.15 |
| 06/29/2023 | 23754 | GM Financial | Auto Loan #5771 | 2110 3014 5771 | 677.79 | | | -181,696.94 |
| 06/29/2023 | | | Ocean City Sweep Mo... | wd | | X | 6,897.34 | -174,799.60 |
| 06/30/2023 | ONLINE | Capital One Bank | Capital One Visa | 4802 1397 518... | 6,170.65 | | | -180,970.25 |
| 06/30/2023 | | | Ocean City Sweep Mo... | wd | | X | 38,519.42 | -142,450.83 |
| 07/03/2023 | | | 2023 OCEAN FIRST | New Account ... | 60,000.00 | | | -202,450.83 |
| 07/05/2023 | | Levy Construction In... | Accounts Receivable | | | | 16,128.00 | -186,322.83 |
| 07/05/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 16,804.72 | | | -203,127.55 |
| 07/05/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 2,511.72 | | | -205,639.27 |
| 07/05/2023 | 23755 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | -205,822.27 |
| 07/05/2023 | 23756 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | | | -206,300.81 |
| 07/05/2023 | 23757 | International Asbesto... | Retainage Payable | | 545.00 | | | -206,845.81 |
| 07/05/2023 | 23758 | Marlyn Sheet Metal | Retainage Payable | | 2,472.40 | | | -209,318.21 |
| 07/05/2023 | 23759 | TAB Systems | Retainage Payable | 8084 RET | 150.00 | | | -209,468.21 |
| 07/10/2023 | 23760 | Harry C. Purdy Jr. | Shareholder Distrubution | 7/23 | 1,350.00 | | | -210,818.21 |
| 07/11/2023 | | | 2023 OCEAN FIRST | Transfer | 15,000.00 | | | -225,818.21 |
| 07/12/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 15,300.84 | | | -241,119.05 |
| 07/12/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 2,205.22 | | | -243,324.27 |
| 07/13/2023 | | Target Building Cons... | Accounts Receivable | | | | 19,431.00 | -223,893.27 |
| 07/13/2023 | 23761 | Atlantic Plumbing Su... | Accounts Payable | | 920.83 | | | -224,814.10 |
| 07/13/2023 | 23762 | Hilti | Accounts Payable | 18202208 | 424.00 | | | -225,238.10 |
| 07/13/2023 | 23763 | United Rentals | Accounts Payable | 771775 | 625.00 | | | -225,863.10 |
| 07/13/2023 | 23764 | Carpenter & Paterson... | Accounts Payable | 838228 | 3,649.49 | | | -229,512.59 |
| 07/13/2023 | 23765 | FW Webb Company | Accounts Payable | | 1,770.39 | | | -231,282.98 |
| 07/13/2023 | 23766 | LM Service Compan... | Accounts Payable | 2380777 | 2,948.76 | | | -234,231.74 |
| 07/17/2023 | | Torcon:PO 1470 - D... | Accounts Receivable | | | | 333,728.63 | 99,496.89 |
| 07/17/2023 | | Torcon:PO 1470 - D... | Accounts Receivable | | | | 523,068.83 | 622,565.72 |
| 07/17/2023 | | Torcon:PO 1470 - D... | Accounts Receivable | | | | 711,231.47 | 1,333,797.19 |
| 07/17/2023 | 23767 | Kiker Sheet Metal C... | Accounts Payable | 10644 | 14,238.00 | | | 1,319,559.19 |
| 07/17/2023 | | | 2023 OCEAN FIRST | Transfer to Ne... | 1,400,000.00 | | | -80,440.81 |
| 07/19/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 17,788.10 | | | -98,228.91 |

Register: Ocean First 2019
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/19/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 2,749.44 | | | -100,978.35 |
| 07/20/2023 | | Liberty Mutual Insur... | -split- | | 19,405.16 | | | -120,383.51 |
| 07/20/2023 | FEDEFT... | EFTPS - FED UNE... | Payroll Liabilities | 01-0697785 | 216.15 | | | -120,599.66 |
| 07/21/2023 | | Atlantic City Medical... | Accounts Receivable | | | | 5,600.00 | -114,999.66 |
| 07/25/2023 | | AP Construction:PO ... | Accounts Receivable | | | | 82,812.49 | -32,187.17 |

Register: 2023 OCEAN FIRST
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/03/2023 | 2528 | Dave Torres | Job Materials | Water | 30.00 | | | -30.00 |
| 07/03/2023 | 2529 | Justin O'Donnell | Job Materials | Water & Napa | 32.41 | | | -62.41 |
| 07/03/2023 | | | Ocean First 2019 | New Account ... | | | 60,000.00 | 59,937.59 |
| 07/05/2023 | 2500 | Harry C Purdy, JR. | -split- | | 815.13 | | | 59,122.46 |
| 07/05/2023 | 2502 | Michael J Carrier | -split- | | 608.78 | | | 58,513.68 |
| 07/05/2023 | 2503 | Christopher G Chiro... | -split- | | 1,311.25 | | | 57,202.43 |
| 07/05/2023 | 2504 | David C Hankle | -split- | | 1,231.33 | | | 55,971.10 |
| 07/05/2023 | 2505 | David Torres | -split- | | 1,286.81 | | | 54,684.29 |
| 07/05/2023 | 2506 | Dennis Gass | -split- | | 1,281.31 | | | 53,402.98 |
| 07/05/2023 | 2507 | Dennis R Vivian | -split- | | 1,320.33 | | | 52,082.65 |
| 07/05/2023 | 2509 | Harry C Purdy, JR. | -split- | | 2,118.99 | | | 49,963.66 |
| 07/05/2023 | 2510 | Harry C Purdy, Sr | -split- | | 1,064.39 | | | 48,899.27 |
| 07/05/2023 | 2511 | James P Ireland | -split- | | 1,488.86 | | | 47,410.41 |
| 07/05/2023 | 2512 | Jared S Haemmerle | -split- | | 365.21 | | | 47,045.20 |
| 07/05/2023 | 2513 | John A McIntyre | -split- | | 1,449.25 | | | 45,595.95 |
| 07/05/2023 | 2514 | John T Jolly III | -split- | | 1,311.26 | | | 44,284.69 |
| 07/05/2023 | 2515 | Joseph F Bendig | -split- | | 1,370.00 | | | 42,914.69 |
| 07/05/2023 | 2516 | Justin H O'Donnell | -split- | | 1,379.79 | | | 41,534.90 |
| 07/05/2023 | 2517 | Laszlo J Sinka | -split- | | 1,311.26 | | | 40,223.64 |
| 07/05/2023 | 2518 | Marc R Horan | -split- | | 1,320.34 | | | 38,903.30 |
| 07/05/2023 | 2519 | Matthew Mihalik | -split- | | 841.78 | | | 38,061.52 |
| 07/05/2023 | 2520 | Michael A Cuzydlo | -split- | | 1,321.69 | | | 36,739.83 |
| 07/05/2023 | 2521 | Nelson Ortiz | -split- | | 1,311.28 | | | 35,428.55 |
| 07/05/2023 | 2522 | Owen R Budden | -split- | | 509.13 | | | 34,919.42 |
| 07/05/2023 | 2523 | Paul R Doran | -split- | | 1,390.48 | | | 33,528.94 |
| 07/05/2023 | 2524 | Steven M Otto | -split- | | 1,281.31 | | | 32,247.63 |
| 07/05/2023 | 2526 | Victor J Lorentzen | -split- | | 976.66 | | | 31,270.97 |
| 07/05/2023 | 2527 | Willie N Williams | -split- | | 1,316.64 | | | 29,954.33 |
| 07/05/2023 | 2530 | Jennifer L Mosier | -split- | | 465.85 | | | 29,488.48 |
| 07/05/2023 | 2531 | Thomas J Gallagher | -split- | | 1,272.26 | | | 28,216.22 |
| 07/05/2023 | 2532 | John Herrmann | -split- | | 646.30 | | | 27,569.92 |
| 07/05/2023 | 2533 | Ja'Quan Feliciano | -split- | | 786.94 | | | 26,782.98 |
| 07/05/2023 | 2534 | Frank Mauroff Jr. | -split- | | 1,705.87 | | | 25,077.11 |
| 07/10/2023 | 2535 | John Herrmann | -split- | | 646.31 | | | 24,430.80 |
| 07/10/2023 | 2536 | Michael J Carrier | -split- | | 608.79 | | | 23,822.01 |
| 07/11/2023 | 2570 | Ja'Quan Feliciano | -split- | | 163.09 | | | 23,658.92 |
| 07/11/2023 | | | Ocean First 2019 | Transfer | | | 15,000.00 | 38,658.92 |
| 07/12/2023 | 2571 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | 38,475.92 |
| 07/12/2023 | 2572 | NJ Family Support P... | Payroll Liabilities | CS 903 271 24... | 146.00 | | | 38,329.92 |
| 07/12/2023 | 2574 | US Bank | Office Expense | 504798273 | 186.59 | | | 38,143.33 |

Register: Ocean City Sweep Money Market
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/28/2023 | | | Ocean First 2019 | wd | 1,679.77 | X | | 346,877.12 |
| 05/01/2023 | | | Bank Service Charges | Bank Service C... | 3,510.76 | X | | 343,366.36 |
| 05/01/2023 | | | Ocean First 2019 | wd | 9,791.48 | X | | 333,574.88 |
| 05/02/2023 | | | Ocean First 2019 | WD | 11,360.24 | X | | 322,214.64 |
| 05/03/2023 | | | Ocean First 2019 | wd | 17,205.58 | X | | 305,009.06 |
| 05/04/2023 | | | Ocean First 2019 | wd | 73,240.37 | X | | 231,768.69 |
| 05/05/2023 | | | Ocean First 2019 | wd | 8,335.97 | X | | 223,432.72 |
| 05/08/2023 | | | Ocean First 2019 | wd | 12,223.72 | X | | 211,209.00 |
| 05/09/2023 | | | Ocean First 2019 | Dep | | X | 423.64 | 211,632.64 |
| 05/10/2023 | | | Ocean First 2019 | dep | | X | 20,190.38 | 231,823.02 |
| 05/11/2023 | | | Ocean First 2019 | wd | 15,236.76 | X | | 216,586.26 |
| 05/12/2023 | | | Ocean First 2019 | WD | 6,615.58 | X | | 209,970.68 |
| 05/15/2023 | | | Ocean First 2019 | WD | 4,469.11 | X | | 205,501.57 |
| 05/16/2023 | | | Ocean First 2019 | wd | 9,973.97 | X | | 195,527.60 |
| 05/17/2023 | | | Ocean First 2019 | wd | 131,885.89 | X | | 63,641.71 |
| 05/18/2023 | | | Ocean First 2019 | wd | 4,382.36 | X | | 59,259.35 |
| 05/19/2023 | | | Line of Credit - OC Ho... | Draw | | X | 100,000.00 | 159,259.35 |
| 05/19/2023 | | | Ocean First 2019 | wd | 20,434.67 | X | | 138,824.68 |
| 05/22/2023 | | | Ocean First 2019 | wd | 2,443.57 | X | | 136,381.11 |
| 05/23/2023 | | | Ocean First 2019 | wd | 22,904.74 | X | | 113,476.37 |
| 05/24/2023 | | | Ocean First 2019 | wd | 42,035.86 | X | | 71,440.51 |
| 05/25/2023 | | | Ocean First 2019 | dep | | X | 158,376.51 | 229,817.02 |
| 05/26/2023 | | | Ocean First 2019 | deo | | X | 56,829.59 | 286,646.61 |
| 05/30/2023 | | | Ocean First 2019 | wd | 6,176.39 | X | | 280,470.22 |
| 05/31/2023 | | | Ocean First 2019 | wd | 10,260.46 | X | | 270,209.76 |
| 06/01/2023 | | | Bank Service Charges | Service Charge | 3,767.36 | X | | 266,442.40 |
| 06/01/2023 | | | Ocean First 2019 | wd | 31,038.98 | X | | 235,403.42 |
| 06/02/2023 | | | Ocean First 2019 | wd | 10,516.77 | X | | 224,886.65 |
| 06/05/2023 | | | Ocean First 2019 | wd | 20,839.39 | X | | 204,047.26 |
| 06/06/2023 | | | Bank Service Charges | LOC Renewal ... | 795.25 | X | | 203,252.01 |
| 06/06/2023 | | | Ocean First 2019 | dep | | X | 176,234.43 | 379,486.44 |
| 06/07/2023 | | | Ocean First 2019 | wd | 14,750.92 | X | | 364,735.52 |
| 06/08/2023 | | | Ocean First 2019 | wd | 15,038.17 | X | | 349,697.35 |
| 06/09/2023 | | | Ocean First 2019 | wd | 16,496.99 | X | | 333,200.36 |
| 06/12/2023 | | | Ocean First 2019 | wd | 7,422.64 | X | | 325,777.72 |
| 06/13/2023 | | | Ocean First 2019 | wd | 82,005.78 | X | | 243,771.94 |
| 06/14/2023 | | | Ocean First 2019 | wd | 5,953.15 | X | | 237,818.79 |
| 06/15/2023 | | | Ocean First 2019 | wd | 29,015.86 | X | | 208,802.93 |
| 06/16/2023 | | | Ocean First 2019 | wd | 18,534.95 | X | | 190,267.98 |
| 06/20/2023 | | | Ocean First 2019 | wd | 28,538.72 | X | | 161,729.26 |

Register: Ocean City Sweep Money Market

From 04/28/2023 through 07/28/2023

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/21/2023 | | | Ocean First 2019 | wd | 3,102.83 | X | | 158,626.43 |
| 06/22/2023 | | | Ocean First 2019 | wd | 109,741.03 | X | | 48,885.40 |
| 06/23/2023 | | | Ocean First 2019 | wd | 25,444.16 | X | | 23,441.24 |
| 06/26/2023 | | | Ocean First 2019 | dep | | X | 104,922.96 | 128,364.20 |
| 06/27/2023 | | | Stockholder Loans | Loan from Harr... | | X | 200,000.00 | 328,364.20 |
| 06/27/2023 | | | Ocean First 2019 | wd | 3,594.73 | X | | 324,769.47 |
| 06/29/2023 | | | Ocean First 2019 | wd | 6,897.34 | X | | 317,872.13 |
| 06/30/2023 | | | Ocean First 2019 | wd | 38,519.42 | | | 279,352.71 |
| 07/21/2023 | | | 2023 OCEAN FIRST | transfer | 150,000.00 | | | 129,352.71 |

Register: 2023 OCEAN FIRST
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/12/2023 | 2575 | Atlantic City Electric | Utilities:Gas and Electric | 5500 0982 235 | 199.78 | | | 37,943.55 |
| 07/12/2023 | 2576 | South Jersey Gas Co... | Utilities:Gas and Electric | 0104100000 | 82.91 | | | 37,860.64 |
| 07/12/2023 | 2577 | Gold Medal Environ... | Utilities:Trash Removal | 0005466666 | 127.92 | | | 37,732.72 |
| 07/12/2023 | 2578 | American Express | Auto Expense | 5-22004 | 80.00 | | | 37,652.72 |
| 07/12/2023 | 2579 | Terminix | Office Expense | 5053595 | 76.77 | | | 37,575.95 |
| 07/12/2023 | 2580 | Dave Torres | Job Materials | Water | 44.98 | | | 37,530.97 |
| 07/12/2023 | 2581 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | | | 37,052.43 |
| 07/12/2023 | 2537 | David Torres | -split- | | 1,773.06 | | | 35,279.37 |
| 07/12/2023 | 2538 | Frank Mauroff Jr. | -split- | | 1,366.05 | | | 33,913.32 |
| 07/12/2023 | 2539 | Harry C Purdy, JR. | -split- | | 2,119.00 | | | 31,794.32 |
| 07/12/2023 | 2540 | Harry C Purdy, Sr | -split- | | 1,064.39 | | | 30,729.93 |
| 07/12/2023 | 2541 | James P Ireland | -split- | | 1,488.87 | | | 29,241.06 |
| 07/12/2023 | 2542 | Jennifer L Mosier | -split- | | 505.25 | | | 28,735.81 |
| 07/12/2023 | 2544 | Harry C Purdy, JR. | -split- | | 815.13 | | | 27,920.68 |
| 07/12/2023 | 2545 | Christopher G Chiro... | -split- | | 623.60 | | | 27,297.08 |
| 07/12/2023 | 2546 | David C Hankle | -split- | | 1,370.80 | | | 25,926.28 |
| 07/12/2023 | 2547 | Dennis Gass | -split- | | 850.70 | | | 25,075.58 |
| 07/12/2023 | 2548 | Dennis R Vivian | -split- | | 1,321.59 | | | 23,753.99 |
| 07/12/2023 | 2549 | Jared S Haemmerle | -split- | | 494.04 | | | 23,259.95 |
| 07/12/2023 | 2550 | John A McIntyre | -split- | | 937.11 | | | 22,322.84 |
| 07/12/2023 | 2551 | John Herrmann | -split- | | 1,215.75 | | | 21,107.09 |
| 07/12/2023 | 2552 | John T Jolly III | -split- | | 881.10 | | | 20,225.99 |
| 07/12/2023 | 2553 | Joseph F Bendig | -split- | | 1,401.20 | | | 18,824.79 |
| 07/12/2023 | 2555 | Laszlo J Sinka | -split- | | 1,450.55 | | | 17,374.24 |
| 07/12/2023 | 2556 | Marc R Horan | -split- | | 886.68 | | | 16,487.56 |
| 07/12/2023 | 2557 | Matthew Mihalik | -split- | | 641.67 | | | 15,845.89 |
| 07/12/2023 | 2558 | Michael A Cuzydlo | -split- | | 592.99 | | | 15,252.90 |
| 07/12/2023 | 2559 | Michael J Carrier | -split- | | 1,112.71 | | | 14,140.19 |
| 07/12/2023 | 2560 | Nelson Ortiz | -split- | | 1,533.99 | | | 12,606.20 |
| 07/12/2023 | 2561 | Owen R Budden | -split- | | 492.87 | | | 12,113.33 |
| 07/12/2023 | 2563 | Steven M Otto | -split- | | 850.70 | | | 11,262.63 |
| 07/12/2023 | 2564 | Thomas J Gallagher | -split- | | 845.10 | | | 10,417.53 |
| 07/12/2023 | 2565 | Victor J Lorentzen | -split- | | 881.11 | | | 9,536.42 |
| 07/12/2023 | 2566 | Willie N Williams | -split- | | 740.79 | | | 8,795.63 |
| 07/12/2023 | 2567 | Justin H O'Donnell | -split- | | 1,623.83 | | | 7,171.80 |
| 07/12/2023 | 2568 | Paul R Doran | -split- | | 1,296.34 | | | 5,875.46 |
| 07/12/2023 | 2569 | Ja'Quan Feliciano | -split- | | 708.86 | | | 5,166.60 |
| 07/13/2023 | 2582 | Local Union 322 Tru... | -split- | | 22,673.36 | | | -17,506.76 |
| 07/13/2023 | | | Line of Credit - OC Ho... | Draw | | | 200,000.00 | 182,493.24 |
| 07/14/2023 | 2583 | Local 322 | -split- | | 835.61 | | | 181,657.63 |

Register: 2023 OCEAN FIRST
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/14/2023 | 2584 | Local 9 | -split- | 010697785 | 120,478.68 | | | 61,178.95 |
| 07/14/2023 | 2585 | New Jersey America... | Utilities:Water | 1018-2100232... | 29.79 | | | 61,149.16 |
| 07/17/2023 | | Bittenbender Constru... | Accounts Receivable | | | | 34,884.00 | 96,033.16 |
| 07/17/2023 | | Bittenbender Constru... | Accounts Receivable | | | | 39,861.90 | 135,895.06 |
| 07/17/2023 | | | Ocean First 2019 | Transfer to Ne... | | | 1,400,000.00 | 1,535,895.06 |
| 07/19/2023 | 2586 | Accurate Insulation ... | Accounts Payable | | 106,770.33 | | | 1,429,124.73 |
| 07/19/2023 | 2587 | GP Energy Products ... | Accounts Payable | 89315 | 114,015.65 | | | 1,315,109.08 |
| 07/19/2023 | 2617 | Marlyn Sheet Metal | Accounts Payable | 2268 | 5,638.72 | | | 1,309,470.36 |
| 07/19/2023 | 2618 | Accurate Insulation ... | Retainage Payable | 2023018 RET | 1,422.90 | | | 1,308,047.46 |
| 07/19/2023 | 2619 | Marlyn Sheet Metal | Retainage Payable | | 9,996.59 | | | 1,298,050.87 |
| 07/19/2023 | 2620 | Seiberlich Trane Ene... | Retainage Payable | | 4,748.32 | | | 1,293,302.55 |
| 07/19/2023 | 2621 | Shore Fasteners & S... | Accounts Payable | C3636 | 4,601.17 | | | 1,288,701.38 |
| 07/19/2023 | 2622 | Ferguson Enterprises... | Accounts Payable | 22166 | 15,557.65 | | | 1,273,143.73 |
| 07/19/2023 | 2623 | Roberts Oxygen Com... | Accounts Payable | 86661 | 914.88 | | | 1,272,228.85 |
| 07/19/2023 | 2624 | Cooper Electric Supp... | Accounts Payable | P82400 | 708.83 | | | 1,271,520.02 |
| 07/19/2023 | 2625 | Hilti | Accounts Payable | 18202208 | 435.25 | | | 1,271,084.77 |
| 07/19/2023 | 2626 | United Rentals | Accounts Payable | 771775 | 3,993.14 | | | 1,267,091.63 |
| 07/19/2023 | 2628 | Quality Concrete Cut... | Accounts Payable | | 7,075.00 | | | 1,260,016.63 |
| 07/19/2023 | 2629 | Thackray Crane Rent... | Accounts Payable | | 16,581.68 | | | 1,243,434.95 |
| 07/19/2023 | 2630 | Clapp Associates, Inc. | Accounts Payable | 34006 | 15,725.00 | | | 1,227,709.95 |
| 07/19/2023 | 2631 | CIty of Absecon | Utilities:Sewer | 2647-0 | 104.00 | | | 1,227,605.95 |
| 07/19/2023 | 2633 | Louis P. Canuso, Inc. | Accounts Payable | | 71,943.71 | | | 1,155,662.24 |
| 07/19/2023 | 2634 | Kiker Sheet Metal C... | Accounts Payable | | 771,562.13 | | | 384,100.11 |
| 07/19/2023 | 2635 | Louis P. Canuso, Inc. | Accounts Payable | | 5,725.22 | | | 378,374.89 |
| 07/19/2023 | 2636 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | 378,191.89 |
| 07/19/2023 | 2637 | NJ Family Support P... | Payroll Liabilities | CS 903 271 24... | 146.00 | | | 378,045.89 |
| 07/19/2023 | 2638 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | | | 377,567.35 |
| 07/19/2023 | 2639 | Fisher Balancing Co. | Accounts Payable | 1462.185 | 3,300.00 | | | 374,267.35 |
| 07/19/2023 | 2640 | Grove Supply, Inc. | Accounts Payable | 22317 | 8,879.48 | | | 365,387.87 |
| 07/19/2023 | 2641 | Gage-It, Inc. | Accounts Payable | C125454 | 99.95 | | | 365,287.92 |
| 07/19/2023 | 2642 | Hilti | Accounts Payable | 18202208 | 502.50 | | | 364,785.42 |
| 07/19/2023 | 2643 | Trane Company | Accounts Payable | 2709512 | 487.28 | | | 364,298.14 |
| 07/19/2023 | 2644 | N.E. Key | Office Expense | 9402 | 1,117.38 | | | 363,180.76 |
| 07/19/2023 | 2645 | Terminix | Office Expense | 435119071 | 76.77 | | | 363,103.99 |
| 07/19/2023 | 2646 | Radius Systems LLC | Accounts Payable | 13-21093181 | 4,500.00 | | | 358,603.99 |
| 07/19/2023 | 2649 | Thomas C. McCarthy... | Accounts Payable | IND-250 | 2,333.00 | | | 356,270.99 |
| 07/19/2023 | 2650 | Trane Company | Accounts Payable | 2709512 | 34,075.49 | | | 322,195.50 |
| 07/19/2023 | 2589 | Christopher G Chiro... | -split- | | 1,340.25 | | | 320,855.25 |
| 07/19/2023 | 2590 | David C Hankle | -split- | | 1,259.59 | | | 319,595.66 |
| 07/19/2023 | 2591 | David Torres | -split- | | 1,286.81 | | | 318,308.85 |

Register: 2023 OCEAN FIRST
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/19/2023 | 2592 | Dennis Gass | -split- | | 1,309.58 | | | 316,999.27 |
| 07/19/2023 | 2593 | Dennis R Vivian | -split- | | 1,349.57 | | | 315,649.70 |
| 07/19/2023 | 2594 | Harry C Purdy, JR. | -split- | | 2,118.99 | | | 313,530.71 |
| 07/19/2023 | 2595 | Harry C Purdy, Sr | -split- | | 1,064.39 | | | 312,466.32 |
| 07/19/2023 | 2596 | James P Ireland | -split- | | 1,488.86 | | | 310,977.46 |
| 07/19/2023 | 2597 | Jared S Haemmerle | -split- | | 201.80 | | | 310,775.66 |
| 07/19/2023 | 2598 | John A McIntyre | -split- | | 1,485.24 | | | 309,290.42 |
| 07/19/2023 | 2599 | John Herrmann | -split- | | 1,489.31 | | | 307,801.11 |
| 07/19/2023 | 2600 | John T Jolly III | -split- | | 1,340.25 | | | 306,460.86 |
| 07/19/2023 | 2601 | Joseph F Bendig | -split- | | 1,300.25 | | | 305,160.61 |
| 07/19/2023 | 2602 | Justin H O'Donnell | -split- | | 1,411.28 | | | 303,749.33 |
| 07/19/2023 | 2603 | Laszlo J Sinka | -split- | | 1,340.23 | | | 302,409.10 |
| 07/19/2023 | 2604 | Marc R Horan | -split- | | 1,120.20 | | | 301,288.90 |
| 07/19/2023 | 2605 | Matthew Mihalik | -split- | | 871.04 | | | 300,417.86 |
| 07/19/2023 | 2606 | Michael A Cuzydlo | -split- | | 1,350.95 | | | 299,066.91 |
| 07/19/2023 | 2607 | Michael J Carrier | -split- | | 1,340.27 | | | 297,726.64 |
| 07/19/2023 | 2608 | Nelson Ortiz | -split- | | 1,340.25 | | | 296,386.39 |
| 07/19/2023 | 2609 | Paul R Doran | -split- | | 1,165.28 | | | 295,221.11 |
| 07/19/2023 | 2610 | Steven M Otto | -split- | | 1,309.58 | | | 293,911.53 |
| 07/19/2023 | 2611 | Thomas J Gallagher | -split- | | 1,300.25 | | | 292,611.28 |
| 07/19/2023 | 2612 | Victor J Lorentzen | -split- | | 1,340.23 | | | 291,271.05 |
| 07/19/2023 | 2613 | Willie N Williams | -split- | | 972.11 | | | 290,298.94 |
| 07/19/2023 | 2614 | Ja'Quan Feliciano | -split- | | 799.74 | | | 289,499.20 |
| 07/19/2023 | 2615 | Frank Mauroff Jr. | -split- | | 1,828.63 | | | 287,670.57 |
| 07/19/2023 | 2616 | Harry C Purdy, JR. | -split- | | 815.13 | | | 286,855.44 |
| 07/19/2023 | 2627 | Owen R Budden | -split- | | 454.00 | | | 286,401.44 |
| 07/19/2023 | 2632 | Jennifer L Mosier | -split- | | 450.72 | | | 285,950.72 |
| 07/19/2023 | 2647 | Nelson Ortiz | -split- | | 623.61 | | | 285,327.11 |
| 07/20/2023 | EFTPS | State of New Jersey | Sales Tax Payable | | 26.96 | | | 285,300.15 |
| 07/20/2023 | EFTPS | State of New Jersey ... | -split- | 010-697-785/000 | 21,145.10 | | | 264,155.05 |
| 07/20/2023 | EFTPS | EFTPS | -split- | 01-0697785 | 203.62 | | | 263,951.43 |
| 07/20/2023 | EFTPS | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 22.04 | | | 263,929.39 |
| 07/20/2023 | 2711 | Collins, Vella & Cas... | Professional Fees | | 15,338.00 | | | 248,591.39 |
| 07/20/2023 | 2712 | Justin O'Donnell | Job Materials | Acme, Home D... | 63.25 | | | 248,528.14 |
| 07/21/2023 | | | Ocean City Sweep Mo... | transfer | | | 150,000.00 | 398,528.14 |
| 07/24/2023 | | Capital One Bank | Capital One Visa | 4802 1397 518... | 8,867.33 | | | 389,660.81 |
| 07/24/2023 | eftps | EFTPS | -split- | 01-0697785 | 23,236.60 | | | 366,424.21 |
| 07/24/2023 | eftps | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 3,508.13 | | | 362,916.08 |
| 07/24/2023 | eftps | EFTPS | -split- | 01-0697785 | 115.08 | | | 362,801.00 |
| 07/24/2023 | eftps | EFTPS - NJ | Payroll Liabilities | 01-0697785 | 19.24 | | | 362,781.76 |

Register: 2023 OCEAN FIRST

From 04/28/2023 through 07/28/2023

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/24/2023 | 2714 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | 362,598.76 |
| 07/24/2023 | 2715 | NJ Family Support P... | Payroll Liabilities | CS 903 271 24... | 146.00 | | | 362,452.76 |
| 07/24/2023 | 2716 | NJ Family Support P... | Payroll Liabilities | CS 915 306 06... | 478.54 | | | 361,974.22 |
| 07/24/2023 | 2717 | NJ Family Support P... | Payroll Liabilities | CS 905 641 55... | 183.00 | | | 361,791.22 |
| 07/24/2023 | 2718 | NJ Family Support P... | Payroll Liabilities | CS 903 271 24... | 146.00 | | | 361,645.22 |
| 07/24/2023 | 2721 | NJ Family Support P... | Payroll Liabilities | CS53981413A | 217.95 | | | 361,427.27 |
| 07/24/2023 | 2723 | Local 322 | -split- | | 1,309.31 | | | 360,117.96 |
| 07/24/2023 | 2724 | Local Union 322 Tru... | -split- | | 32,199.81 | | | 327,918.15 |
| 07/24/2023 | 2727 | Local 9 | -split- | 010697785 | 168,831.12 | | | 159,087.03 |
| 07/24/2023 | 2653 | David C Hankle | -split- | | 1,259.57 | | | 157,827.46 |
| 07/24/2023 | 2654 | David Torres | -split- | | 2,243.35 | | | 155,584.11 |
| 07/24/2023 | 2655 | Dennis Gass | -split- | | 1,309.59 | | | 154,274.52 |
| 07/24/2023 | 2657 | Frank Mauroff Jr. | -split- | | 1,484.60 | | | 152,789.92 |
| 07/24/2023 | 2658 | Harry C Purdy, JR. | -split- | | 2,087.05 | | | 150,702.87 |
| 07/24/2023 | 2659 | Harry C Purdy, Sr | -split- | | 920.10 | | | 149,782.77 |
| 07/24/2023 | 2660 | Ja'Quan Feliciano | -split- | | 706.05 | | | 149,076.72 |
| 07/24/2023 | 2661 | James P Ireland | -split- | | 1,488.85 | | | 147,587.87 |
| 07/24/2023 | 2662 | Jared S Haemmerle | -split- | | 454.77 | | | 147,133.10 |
| 07/24/2023 | 2663 | Jennifer L Mosier | -split- | | 568.05 | | | 146,565.05 |
| 07/24/2023 | 2664 | John A McIntyre | -split- | | 1,863.93 | | | 144,701.12 |
| 07/24/2023 | 2665 | John Herrmann | -split- | | 1,489.28 | | | 143,211.84 |
| 07/24/2023 | 2666 | John T Jolly III | -split- | | 1,340.24 | | | 141,871.60 |
| 07/24/2023 | 2667 | Joseph F Bendig | -split- | | 1,762.90 | | | 140,108.70 |
| 07/24/2023 | 2668 | Laszlo J Sinka | -split- | | 1,340.25 | | | 138,768.45 |
| 07/24/2023 | 2669 | Matthew Mihalik | -split- | | 871.04 | | | 137,897.41 |
| 07/24/2023 | 2670 | Michael A Cuzydlo | -split- | | 1,712.65 | | | 136,184.76 |
| 07/24/2023 | 2671 | Michael J Carrier | -split- | | 1,340.24 | | | 134,844.52 |
| 07/24/2023 | 2672 | Owen R Budden | -split- | | 462.98 | | | 134,381.54 |
| 07/24/2023 | 2673 | Paul R Doran | -split- | | 1,300.24 | | | 133,081.30 |
| 07/24/2023 | 2674 | Steven M Otto | -split- | | 1,337.68 | | | 131,743.62 |
| 07/24/2023 | 2675 | Thomas J Gallagher | -split- | | 1,300.23 | | | 130,443.39 |
| 07/24/2023 | 2676 | Victor J Lorentzen | -split- | | 1,340.26 | | | 129,103.13 |
| 07/24/2023 | 2677 | Willie N Williams | -split- | | 1,199.63 | | | 127,903.50 |
| 07/24/2023 | 2678 | Marc R Horan | -split- | | 1,349.59 | | | 126,553.91 |
| 07/24/2023 | 2679 | Justin H O'Donnell | -split- | | 1,441.96 | | | 125,111.95 |
| 07/24/2023 | 2680 | Harry C Purdy, JR. | -split- | | 815.13 | | | 124,296.82 |
| 07/24/2023 | 2681 | Christopher G Chiro... | -split- | | 333.44 | | | 123,963.38 |
| 07/24/2023 | 2682 | David C Hankle | -split- | | 266.32 | | | 123,697.06 |
| 07/24/2023 | 2683 | Dennis Gass | -split- | | 316.30 | | | 123,380.76 |
| 07/24/2023 | 2684 | Dennis R Vivian | -split- | | 335.29 | | | 123,045.47 |

Register: 2023 OCEAN FIRST
From 04/28/2023 through 07/28/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/24/2023 | 2685 | Frank Mauroff Jr. | -split- | | 329.24 | | | 122,716.23 |
| 07/24/2023 | 2686 | Harry C Purdy, JR. | -split- | | 1,363.46 | | | 121,352.77 |
| 07/24/2023 | 2687 | Harry C Purdy, Sr | -split- | | 1,070.33 | | | 120,282.44 |
| 07/24/2023 | 2688 | Ja'Quan Feliciano | -split- | | 187.56 | | | 120,094.88 |
| 07/24/2023 | 2689 | James P Ireland | -split- | | 1,488.87 | | | 118,606.01 |
| 07/24/2023 | 2690 | Jared S Haemmerle | -split- | | 103.04 | | | 118,502.97 |
| 07/24/2023 | 2691 | Jennifer L Mosier | -split- | | 568.06 | | | 117,934.91 |
| 07/24/2023 | 2692 | John A McIntyre | -split- | | 350.43 | | | 117,584.48 |
| 07/24/2023 | 2693 | John Herrmann | -split- | | 351.58 | | | 117,232.90 |
| 07/24/2023 | 2694 | John T Jolly III | -split- | | 333.43 | | | 116,899.47 |
| 07/24/2023 | 2695 | Joseph F Bendig | -split- | | 340.94 | | | 116,558.53 |
| 07/24/2023 | 2696 | Justin H O'Donnell | -split- | | 341.81 | | | 116,216.72 |
| 07/24/2023 | 2697 | Laszlo J Sinka | -split- | | 333.44 | | | 115,883.28 |
| 07/24/2023 | 2698 | Marc R Horan | -split- | | 335.30 | | | 115,547.98 |
| 07/24/2023 | 2699 | Michael A Cuzydlo | -split- | | 335.68 | | | 115,212.30 |
| 07/24/2023 | 2700 | Michael J Carrier | -split- | | 333.43 | | | 114,878.87 |
| 07/24/2023 | 2701 | Owen R Budden | -split- | | 102.77 | | | 114,776.10 |
| 07/24/2023 | 2702 | Paul R Doran | -split- | | 314.43 | | | 114,461.67 |
| 07/24/2023 | 2703 | Steven M Otto | -split- | | 316.31 | | | 114,145.36 |
| 07/24/2023 | 2704 | Thomas J Gallagher | -split- | | 314.45 | | | 113,830.91 |
| 07/24/2023 | 2705 | Victor J Lorentzen | -split- | | 333.44 | | | 113,497.47 |
| 07/24/2023 | 2706 | Harry C Purdy, JR. | -split- | | 815.13 | | | 112,682.34 |
| 07/24/2023 | 2707 | Joseph F Bendig | -split- | | 145.39 | | | 112,536.95 |
| 07/24/2023 | 2708 | David Torres | -split- | | 172.91 | | | 112,364.04 |
| 07/24/2023 | 2710 | Willie N Williams | -split- | | 188.88 | | | 112,175.16 |
| 07/24/2023 | 2720 | Matthew Mihalik | -split- | | 117.35 | | | 112,057.81 |
| 07/24/2023 | 2725 | Christopher G Chiro... | -split- | | 1,112.73 | | | 110,945.08 |
| 07/24/2023 | 2726 | Dennis R Vivian | -split- | | 1,711.32 | | | 109,233.76 |

# United States Bankruptcy Court
### District of New Jersey

In re **Purdy Mechanical Inc.**　　　　　　　　　　　　　　　　　Case No.　**23-16425**

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　**7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.　The source of the compensation paid to me was:

　　■ Debtor　　　□ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　　□ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d.　[Other provisions as needed]
　　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  4, 2023**　　　　　　　　　　　　　**/s/ Joseph M. Casello**

*Date*　　　　　　　　　　　　　　　　　　　**Joseph M. Casello**
　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　**Collins, Vella & Casello, LLC**
　　　　　　　　　　　　　　　　　　　　　　**2317 Route 34, Suite 1A**
　　　　　　　　　　　　　　　　　　　　　　**Manasquan, NJ 08736**
　　　　　　　　　　　　　　　　　　　　　　**732-751-1766  Fax: 732-751-1866**
　　　　　　　　　　　　　　　　　　　　　　**jcasello@cvclaw.net**
　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*