Douglas S. Stanger, Esq. (DSS 5141)
FLASTER/GREENBERG
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In Re: <br><br> Purdy Mechanical, Inc., <br><br> Debtor. | Camden Vicinage <br> Chapter 7 <br><br> Case No.: 23-16425 <br><br> Hon. Andrew B. Altenburg, Jr. |
|---|---|

**NOTICE OF DISCOVERED ASSETS**

PLEASE BE ADVISED that the Trustee, Douglas S. Stanger, has discovered Assets from which there may be distribution to creditors in the above captioned matter.

                        By:    */s/ Douglas S. Stanger*
                                 Douglas S. Stanger, Interim Trustee

Date: August 8, 2023

10609746 v1