**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856–361–2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| CASE NUMBER: 23–16425–ABA | DATE FILED:: 7/28/23 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Purdy Mechanical Inc.<br><br>01–0697785 | **ADDRESS OF DEBTOR(S):**<br><br>PO Box 532<br>Absecon, NJ 08201 |
| **DEBTOR'S ATTORNEY:**<br>Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736<br><br>(732) 751–1766 | **TRUSTEE:**<br>Douglas S. Stanger<br>Douglas Stanger– Trustee<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002–4609<br>609–645–1881 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/6/23

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 9, 2023                                FOR THE COURT
                                                               Jeanne Naughton, Clerk