| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esq. DSS5141<br>Flaster/Greenberg P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>(609) 645-1881<br>Counsel for Ch. 7 Trustee | Order Filed on August 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Purdy Mechanical, Inc.<br>　　　　　　　　　　Debtor. | Case No.:　　23-16425<br>Judge:　　ABA<br>Chapter:　　7 |

Recommended Local Form:　　☑ Followed　　☐ Modified

## ORDER AUTHORIZING RETENTION OF  FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 29, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Purdy Mechanical, Inc.

Case No.: 23-16425-ABA

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Flaster Greenberg P.C.

Address of Professional: 1810 Chapel Avenue West

Cherry Hill, NJ 08002

☑ Attorney for (check all that apply):

☑ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 23-16425-ABA
Purdy Mechanical Inc.                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                Page 1 of 2
Date Rcvd: Aug 29, 2023                Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

**Recip ID                 Recipient Name and Address**
db                     +   Purdy Mechanical Inc., PO Box 532, Absecon, NJ 08201-0532

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023                               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dale E. Barney | on behalf of Creditor Torcon Inc. dbarney@gibbonslaw.com, elrosen@gibbonslaw.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Attorney Flaster Greenberg doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Edmond M. George | on behalf of Creditor OceanFirst Bank N.A. edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;col |

| | | |
|---|---|---|
| | een.schmidt@obermayer.com | |
| Joseph Casello | on behalf of Debtor Purdy Mechanical Inc. jcasello@cvclaw.net jcasello627@gmail.com | |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov | |

TOTAL: 7