# EXHIBIT "B"

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

William J. Burnett, Esquire (WB4536)
FLASTER GREENBERG, P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: 215.587.5680
Fax: 215-279-9394
Attorneys for the Ch. 7 Trustee

In re:

Purdy Mechanical, Inc.,

                              Debtor.

Chapter 7

Case No. 23-16425

Judge: Hon. Andrew Altenburg, U.S.B.J.

**CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND PAYMENT OF CONTRACT BALANCE- TARGET BUILDING CONSTRUCTION**

The relief set forth on the following page numbered two is hereby **ORDERED**.

Page 2
Debtor: Purdy Mechanical, Inc.
Case No: 23-16425
Caption of Order: Consent Order Modifying the Automatic Stay

---

This matter was opened to the Court upon the application of the Debtor to modify the automatic stay to allow non-debtor parties to complete a project known as Thomas Jefferson University Radiology (the "Project"), Target Building Construction, Inc. (the "General Contractor"), and the subcontractors noted below, and the chapter 7 Trustee, having discussed the matter and determined it is in the best interest of all parties to proceed pursuant to the terms of this consent order; and it appearing that OceansFirst Bank N.A. ("Lender") has asserted that it has a blanket and first lien and security interest on and in the Debtor's assets including the Inventory and the Court having reviewed the application and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The automatic stay is hereby modified to allow the General Contractor to pay outstanding current invoices due to Beacon Medaes, LLC ($19,552), EMS Supply, LLC ($12,560), Kiker Sheet Metal Corp. ($73,300), and Johnson Controls ($19,550).

2. At the present time, there is a contract balance on this job of $177,317.00.

3. The General Contractor further agrees that the net proceeds payable under the contract due to Purdy Mechanical shall be paid to the Chapter 7 Trustee for Purdy Mechanical, Inc in the amount of $65,494.00 (the "Contract Balance") within ten (10) business days of the date that the Bankruptcy Court approves this Consent Order.

4. Payment of the Contract balance shall be in full satisfaction of the General Contractors payment obligations under the contract.

10741853 v1

5. Further, all such moneys paid to the Trustee pursuant to this Consent Order such as the Contract Balance shall be subject to the liens of the Lender (if any) and subject to further Order of the Court.

We hereby consent to the entry of this order:

**COLLINS, VELLA & CASELLO, LLC**
Attorney for the Debtor

By: */s/Joseph M. Casello*
Joseph M. Casello, Esq.

**FLASTER GREENBERG, P.C.**
Attorneys for the Chapter 7 Trustee Douglas Stanger, Esq.

By: */s/William Burnett*
William Burnett, Esq.

**LAMB MCEARLANE**
Attorneys for the Target Building Construction.

By: */s/Rocco P. Imperatrice*
Rocco P. Imperatrice III, Esq.