# EXHIBIT "C"

| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| :--- | :--- |
| **GIBBONS P.C.**<br>Dale E. Barney, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail:  dbarney@gibbonslaw.com<br><br>*Counsel to Torcon, Inc.* | |
| In re:<br><br>PURDY MECHANICAL INC. [1],<br><br>Debtor. | Chapter 7<br><br>Case No:  23-16425 (ABA) |

### CONSENT ORDER (1) AUTHORIZING CHAPTER 7 TRUSTEE TO SELL EQUIPMENT AND MATERIALS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363; (2) WAIVING THE FOURTEEN DAY STAY PURSUANT TO FED. R. BANKR. P. 6004(h); AND (3) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through thirteen (13), is hereby

**ORDERED.**

---

[1] The last four digits of the Debtor's Employer Identification Numbers are (7785).

**Error! Unknown document property name.**

Page 2 of 14
Debtor: Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

THIS MATTER coming before the Court on application for the entry of this "Consent Order" by the chapter 7 trustee Douglas Stanger, Esq. ("Trustee") for the Estate of debtor Purdy Mechanical, Inc. ("Debtor"), by and through his counsel, Flaster/Greenberg P.C., for entry of a Consent Order pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002, 6004 and 9019: (1) approving and authorizing the Trustee to deliver a Bill of Sale in the form attached hereto as Exhibit A to Torcon, Inc. ("Torcon") selling and conveying all of the Debtor's, the Trustee's and the chapter 7 estate's right, title and interest, if any, in and to the materials, equipment, fixtures and inventory described in Schedule 1 to the Bill of Sale ("Inventory") and the "VFDs" identified below and described in Schedule 2 to the Bill of Sale to Torcon, thereby resolving a dispute between the Trustee and Torcon regarding the ownership of the Inventory and the VFDs, requiring this Court's approval under Fed. R. Bankr. P. 9019; (2) authorizing the Trustee to sell the Inventory and the VFDs free and clear of liens, claims, encumbrances, and interests; (3) waiving the fourteen (14) day stay pursuant to Fed. R. Bankr. P. 6004(h); and (4) granting other related relief (the "Consent Order"); it appearing that OceansFirst Bank N.A. ("Lender") (1) pursuant to those certain notes, loan agreements, security agreements and guaranty agreements (collectively, the "Loan Documents") has a first priority, fully perfected blanket lien on and security interest in all of the Debtor's assets including, but not limited to, the Inventory, the Tools, the A/R and the proceeds thereof and (2) the Lender having reserved all other rights and remedies; and good and sufficient notice of this Consent Order having been provided by the Trustee; and the Court having reviewed and considered (i) this Consent Order, (ii) the objections thereto, if any, and (iii) the arguments of

**Error! Unknown document property name.**

**Error! Unknown document property name.**

Page 3 of 14
Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

counsel; and it appearing that the relief requested in the Consent Order is in the best interests of

the Debtor's estate and creditors and other parties-in-interest; and good cause appearing therefore,

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1.        This Court has jurisdiction over this Consent Order and the transaction

contemplated by the Bill of Sale ("Transaction") pursuant to 28 U.S.C. §§ 157 and 1334, and this

matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).  Venue of this case

in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief

sought in the Motion are 11 U.S.C. §§ 105(a) and 363(b), (f), (k) (m) and (n) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*., as amended ("Bankruptcy Code"), and Fed. R. Bankr.

P. 2002, 6004, and 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

2.        The Debtor filed a chapter 7 petition commencing the captioned chapter 7 case in

the United States Bankruptcy Court for the District of New Jersey ("Court") on July 28, 2023

("Petition Date") and on July 31, 2023 the Trustee was appointed by the Office of the United States

Trustee for Region 3.

3.        The Debtor and Torcon are parties to that certain Agreement dated March 18, 2022

("Agreement") pursuant to which the Debtor was to provide certain construction services and

materials to Torcon for the construction of a medical facility for Deborah Heart and Lung Center

located in Browns Mills, New Jersey ("Project").

3

**Error! Unknown document property name.**

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

4.     The Trustee asserts claim for the recovery of an account receivable claimed due to the Trustee from Torcon to the Debtor's chapter 7 estate in the approximate amount of $1,200,000 ("A/R"), and Torcon disagrees and asserts certain defenses, damages and offsets related thereto ("A/R Dispute").

5.     Prior to the Petition Date, the Debtor purchased the Inventory from Grove Supply, Inc. ("Grove"), a list of which is attached to the Bill of Sale as Schedule 1, which Inventory is held by Grove at its warehouse facility in Vineland, New Jersey; and which has been specially assembled for specific use at the Project.

6.     Torcon has represented that after the Petition Date, Bitzer US, Inc. ("Bitzer") delivered two VFD filter units ("VFDs") to the Project pursuant to a certain purchase order issued by the Debtor, a list of which VFDs is attached to the Bill of Sale as Schedule 2, and the Debtor has not paid Bitzer for the VFDs.  Upon entry of this Consent Order, Torcon has agreed to pay to Bitzer, either directly or through a subcontractor, the invoiced value of the VFDs.

7.     The Debtor asserts that it left certain tools and related items ("Tools") at the Project prior to the Petition Date which the Trustee asserts are property of the Debtor's chapter 7 estate.

8.     The Trustee has concluded that a prompt sale of the Inventory and the VFDs to Torcon ("Sale") is in the best interests of the Debtor's chapter 7 estate because (i) if the Inventory is restocked with Grove, then Grove has advised the Trustee that it will pay only the total invoiced value of the Inventory less fees and charges for shipping and restocking which are estimated to be between 25% and 30%, (ii) the VFDs were purpose-built for the Project and delivered Post-

4

Error! Unknown document property name.

Error! Unknown document property name.

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order:Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

Petition for which the Debtor never paid Bitzer, so that the chapter 7 estate's title to the VFDs is in question; and (iii) pursuant to the Bill of Sale and this Consent Order, the Sale will result in Torcon's final and indefeasible payment of $196,328.53 cash to the Debtor's chapter 7 estate. Accordingly, Torcon is paying more for the Inventory than the current value available to the Trustee if the Inventory is restocked with Grove.  The Trustee has established that compelling and sufficient business reasons exist for selling the Inventory and the Trustee's rights in the VFDs (if any) outside the ordinary course of business.  The Lender does not object to the Trustee's sale of the Inventory and the VFDs free and clear of the Lender's liens, claims and security interests pursuant to 11 U.S.C. § 363(f)(2) with all liens and claims and security interests attaching to the proceeds of the sale until further order of the Court.

9.    Proper, timely, adequate and sufficient notice of this Consent Order and the Transaction contemplated by the Bill of Sale has been provided in accordance with 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 2002 and 6004.  Such notice was proper, sufficient and appropriate under the particular circumstances, and no other or further notice of this Consent Order or the Transactions is or shall be required.  The Transaction must be approved and consummated promptly in order to preserve the viability of the Inventory and the VFDs.  The Debtor is the sole and lawful owner of the Inventory.  Upon entry of this Order, the Trustee has full authority to execute the Bill of Sale and all other documents contemplated thereby.

10.    The sale of the Inventory and the Trustee's rights in the VFDs (if any) pursuant to the Bill of Sale will produce higher value than could be obtained in a liquidation sale or any other

**Error! Unknown document property name.**

**Error! Unknown document property name.**

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

method of disposition.  The consideration provided by Torcon (i) is fair and reasonable, (ii) is the highest and best offer for the Inventory (as it is the exact amount of the invoice for the Inventory [IS THIS NUMBER THE $196,328.53?? DEB]and the Inventory is custom ordered for the Project) and the Trustee's rights in the VFDs (if any), (iii) will provide a greater recovery to the Debtor's chapter 7 estate than would be provided by any other available alternative, and (iv) constitutes reasonably equivalent value and fair consideration.

11.      The Court finds that the Bill of Sale and the Transaction were negotiated, proposed and entered into by the Trustee and Torcon without collusion or fraud, in good faith, and from arm's-length bargaining positions.  The terms of the Bill of Sale are fair and reasonable.  Neither the Trustee nor Torcon have engaged in any conduct that would cause or permit the Bill of Sale or any part of the Transaction to be avoided, or for the imposition of costs and damages against Torcon, under 11 U.S.C. § 363(n).  Torcon is not an insider of the Debtor as the term is defined in 11 U.S.C. § 101(31).

12.      Subject to the below rights of the Lender, the Trustee may sell the Inventory and the Trustee's rights in the VFDs (if any) to Torcon free and clear of all liens, claims, charges, security interests, restrictions and other encumbrances of any kind or nature thereon and there against (collectively, "Interests"), in accordance with 11 U.S.C. § 363(f), whether known or unknown, contingent or otherwise, liquidated or unliquidated, and whether arising, accruing, incurred, or relating to a period prior to or subsequent to the commencement of this bankruptcy

**Error! Unknown document property name.**

**Error! Unknown document property name.**

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

case and with all liens and security interests of the Lender attaching to the proceeds of the sale

subject to further order of the Court.

**NOW, THEREFORE, it is hereby ORDERED:**

A.     This Consent Order is granted as set forth herein and all objections thereto that have

not been waived, withdrawn or settled, and all reservations of rights included in such objections

are hereby overrule on their merits.  The Bill of Sale and any related agreements or documents

may be modified, amended or supplemented by Torcon and the Trustee upon the consent of the

Lender, which consent will not be unreasonably withheld, without further notice, hearing or Order

of this Court.  Pursuant to 11 U.S.C. §§ 363(b), (f) and (k), the Trustee is authorized to consummate

the Transaction pursuant to and in accordance with the terms and conditions of the Bill of Sale and

this Consent Order.

B.     The Trustee is empowered to execute, perform under, consummate and implement

the Bill of Sale and the Transaction as the same may be agreed to by Torcon and the Trustee, is

authorized and directed to take all other actions as are necessary or appropriate to effectuate the

Transaction, and shall take all further actions as may be reasonably requested by Torcon for the

purpose of transferring, assigning, conveying and delivering the Inventory and the Trustee's rights

in the VFDs to Torcon.

C.     This Consent Order and the Bill of Sale shall be binding in all respects on all

creditors of the Debtor, including, without limitation, those creditors holding contingent,

unliquidated or disputed claims, all successors and assigns of the Debtor and/or the Trustee and

Error! Unknown document property name.

Error! Unknown document property name.

Debtor:  Purdy Mechanical Inc.
Case No.:         23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

their respective affiliates and Torcon.  Nothing contained in any subsequent Order in this case or

in any subsequent bankruptcy case filed by or against the Debtor shall conflict with or derogate

from the provisions of the Bill of Sale or this Consent Order, and the Bill of Sale and this Consent

Order shall control to the extent of such conflict or derogation.

D.    Torcon shall pay to the Trustee the sum of $350,000 ("Payment") which shall be

applied as follows:  (i) the sum of $196,328.53 (the "Inventory Sale Proceeds") shall be finally

and indefeasibly to the Debtor's chapter 7 estate, and subject to the Lender's liens and security

interests (and subject to and pursuant to the terms of the separate Consent Order by and between

the Lender and the Trustee), to purchase all of the Debtor's, its chapter 7 estate's, and the Trustee's

right, title and interest, if any, in and to the Inventory and the VFDs, free and clear of any and all

liens, security interests and encumbrances, and subject to the below, including but not limited to

the liens and security interest of the Lender; and (ii) the $153,671.47 balance of the Payment

("Balance") shall be held by the Trustee in escrow pending the resolution of the A/R Dispute

subject to all of Torcon's claims, counterclaims and defenses (the "A/R Dispute Escrow").

E.    Subject to the Lenders' rights below in paragraph K, upon Torcon's making the

Payment to the Trustee, all of the Debtor's, its chapter 7 estate's, and the Trustee's right, title and

interest, if any, in and to the Inventory and the VFDs shall pass to and become the property of

Torcon, free and clear of any and all liens, security interests and encumbrances, including but not

limited to the liens and security interest of the Lender, to the fullest extent permitted by 11 U.S.C.

§§ 105(a) and 363(f) and all other applicable laws, free and clear of all Interests, and all such

8

Page 9 of 14
Debtor:  Purdy Mechanical Inc.
Case No.:          23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

Interests of any kind or nature whatsoever shall attach to the net proceeds of the Transaction in the order of their priority, with the same validity, force, and effect which they now have as against the property being sold, subject to any claims and defenses that the Debtor and/or the Trustee may possess with respect thereto.

F.        Subject to the Lenders' rights below set forth in paragraph K, all persons and entities holding Interests of any kind or nature against or in the Debtor or the property being conveyed hereunder are forever barred, estopped, and permanently enjoined from asserting against said property such persons' or entities' Interests.  The transfer of said property to Torcon pursuant to the Bill of Sale constitutes a legal, valid, and effective transfer of said property, and shall vest Torcon with all right, title, and interest of the Debtor and/or the Trustee in and to said property free and clear of all Interests of any kind or nature whatsoever.  The Trustee is hereby authorized and directed to execute and file such statements, instruments, releases and other documents as necessary to effect releases of any Interests on behalf of the person or entity holding such Interest and (b) Torcon is hereby authorized to file, register, or otherwise record a certified copy of this Consent Order (and/or any termination statement under all applicable jurisdictions' versions of the Uniform Commercial Code, subject to review and approval by the Lender, which approval will not be unreasonably withheld), which shall constitute conclusive evidence of the release of all Interests of any kind or nature whatsoever.

**Error! Unknown document property name.**

**Error! Unknown document property name.**

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order:Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

G.      In the event that Torcon is determined to have no liability to the Debtor's chapter 7

estate in the A/R Dispute, then the Trustee shall refund the Balance of the A/R Dispute Escrow to

Torcon within 10 days of the Court's entry of a final Order resolving the A/R Dispute.

H.      In the event that Torcon is determined to have liability to the Debtor's chapter 7

estate in the A/R Dispute in an amount less than the A/R Dispute Escrow, then the Trustee shall

refund the difference between the A/R Dispute Escrow and the amount of said liability to Torcon

within 10 days of the Court's entry of a final Order resolving the A/R Dispute.

I.      In the event that Torcon is determined to have liability to the Debtor's chapter 7

estate in the A/R Dispute in an amount equal to or in excess of the A/R Dispute Escrow, the A/R

Dispute Escrow, or any amount not refunded to Torcon under the terms hereof, shall constitute a

credit reducing said liability.

J.      The Trustee, Torcon and the Lender reserve all rights, claims and remedies with

respect to the A/R Dispute and the Debtor's claimed ownership of the Tools.

K.      The Inventory Sale Proceeds and the A/R Dispute Escrow which together constitute

$350,000 remains subject to the liens and security interests of Lender and with such liens and

security interests attaching to all monies pursuant to this Consent Order shall be held in escrow by

the Trustee (subject to and pursuant to the terms of the separate Consent Order by and between the

Lender and the Trustee); PROVIDED HOWEVER, to the extent that any portion of the A/R

Dispute Escrow is refunded to Torcon pursuant to paragraphs G or H, above, the said portion of

Error! Unknown document property name.

Error! Unknown document property name.

Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

the A/R Dispute Escrow shall be deemed to be released from and not subject to any lien of Lender

by operation of this Consent Order, without further Order of this Court.

L.      The Lender reserves and hereby preserves all rights and claims against the Debtor,

any and all guarantors and the Bankruptcy Estate under and pursuant to the Loan Documents, the

Bankruptcy Code, and any and all applicable state and federal law.

M.      The Trustee, Torcon and the Lender reserve all rights and claims regarding the

value and disposition of the Tools.

N.      The Trustee and Torcon specifically consent to and agree to the terms of this

Consent Order.

O.      The Payment and other consideration provided by Torcon for the Inventory and the

VFDs under the Bill of Sale is fair and reasonable and the Transaction may not be avoided under

11 U.S.C. § 363(n).  All entities that are presently, or on the closing of the Transaction may be, in

possession of some or all of the Inventory and the VFDs are hereby directed to provide access to,

and surrender possession of said Inventory and VFDs to Torcon once the Payment has been made

to the Trustee.  Other than the Payment, Torcon shall have no liability or responsibility for any

liability or other obligation of the Debtor and/or the Trustee related to Inventory and VFDs, except

for Torcon's independent obligation to pay the invoiced value of the VFDs to Bitzer.

P.      This Court shall retain exclusive jurisdiction to implement and effectuate the

provisions of this Consent Order and the Bill of Sale and to resolve any issue or dispute concerning

the interpretation, implementation or enforcement thereof or the rights and duties of the parties

Error! Unknown document property name.

Error! Unknown document property name.

Debtor:  Purdy Mechanical Inc.
Case No.:          23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

hereunder or thereunder, including, without limitation, any issue or dispute concerning the transfer of the property sold hereunder free and clear of Interests.

Q.    Torcon is a purchaser in good faith of the Inventory and the VFDs, and is entitled to all of the protections afforded by 11 U.S.C. § 363(m).  The Transaction contemplated by the Bill of Sale are undertaken by Torcon without collusion and in good faith, as that term is used in 11 U.S.C. § 363(m) and, accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Transaction shall not affect the validity of the Transaction, unless such authorization is duly stayed pending such appeal.

R.    The terms and provisions of the Bill of Sale and this Consent Order shall be binding in all respects upon, and shall inure to the benefit of, the Debtor, the Trustee, and Torcon and their respective affiliates, successors, and assigns, and any affected third parties including, but not limited to, all persons asserting an Interest, notwithstanding any subsequent appointment of any trustee(s) under any chapter of the Bankruptcy Code, as to which trustee(s) such terms and provisions likewise shall be binding.

S.    The failure specifically to include any particular provision of the Bill of Sale in this Consent Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that the Bill of Sale be authorized and approved in its entirety.  Likewise, all of the provisions of this Consent Order are non-severable and mutually dependent.  In the event there are any inconsistencies between this Consent Order or the Bill of Sale, the terms of this Consent Order shall control.

Error! Unknown document property name.

Error! Unknown document property name.

Page 13 of 14
Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear
of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day
Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

---

T.      The Bill of Sale and any related agreements, documents or other instruments may

be modified, amended or supplemented by the parties thereto and in accordance with the terms

thereof upon the consent of the Lender, which consent will not be unreasonably withheld, without

further order of the Court, provided that any such modification, amendment, or supplement does

not have a material adverse effect on the Lender, the Debtor or the Trustee.

U.      This Sale Order constitutes a final and appealable order within the meaning of 28

U.S.C. § 158(a).

V.      The foregoing constitute this Court's findings of fact and conclusions of law as

pursuant to Fed. R. Bankr. P. 7052, made applicable to these proceedings pursuant to Fed. R.

Bankr. P. 9014.  To the extent any finding of fact later shall be determined to be a conclusion of

law, it shall be so deemed, and to the extent any conclusion of law later shall be determined to be

a finding of fact, it shall be so deemed.

W.      Pursuant to Fed. R. Bankr. P. 6004(h), 6006(d), and 7062, this Order shall be

effective and immediately enforceable upon entry.

X.      A true copy of this Order shall be served on all parties-in-interest by first-class mail

within five (5) days of the date hereof.

**Error! Unknown document property name.**

Page 14 of 14
Debtor:  Purdy Mechanical Inc.
Case No.:        23-16423 (ABA)
Caption of Order: Consent Order (1) Authorizing Chapter 7 Trustee to Sell Equipment and Materials Free and Clear of Lien, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 ; (2) Waiving the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (3) Granting Related Relief

AGREED AND CONSENTED TO THIS 4th DAY OF OCTOBER, 2023:

Dated:  October 4, 2023
Newark, NJ

**GIBBONS P.C.**

By: */s/ Dale E. Barney*
Dale E. Barney
One Gateway Center
Newark, NJ  07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
Email:  dbarney@gibbonslaw.com
*Attorneys for Torcon, Inc.*

**FLASTER/GREENBERG P.C.**

Dated: October 4, 2023
Philadelphia, PA

*/s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9383 Telephone
(215) 279-9394 Facsimile
william.burnett@flastergreenberg.com

*Counsel to the Trustee*

14

**Error! Unknown document property name.**

**Error! Unknown document property name.**

## BILL OF SALE

THIS BILL OF SALE is made, executed and delivered as of the _____ day of October, 2023, by and between Douglas Stanger, Esq., Chapter 7 Trustee for the Estate of Purdy Mechanical, Inc. (the "Debtor"), a New Jersey corporation which is a debtor in a chapter 7 case pending in the United States Bankruptcy Court for the District of New Jersey as Case No. 23-16423 (ABA) (the "Trustee"), and Torcon, Inc., a New Jersey corporation ("Torcon", and, with the Trustee, the "Parties").

Section 1. The Trustee and Seller are parties to a Consent Order (the "Consent Order") of even date herewith, providing for, among other things, the transfer and sale of the "Inventory" that is set forth on Schedule 1 hereto and the "VFDs" that are set forth on Schedule 2 hereto by the Trustee to Torcon ("the Assets"), all pursuant to and subject to the terms of the Consent Order. Capitalized terms used in this Bill of Sale, unless otherwise defined herein, shall have the meanings given to them in the Consent Order.

Section 2. In consideration of the Payment set forth in and subject to the terms of the Consent Order, the Trustee by this Bill of Sale does hereby convey, grant, bargain, sell, transfer, assign, release and deliver to Torcon, its successors and assigns forever, all of the rights, title and interests of the Trustee, the Debtor, and the Debtor's chapter 7 estate in and to the Assets and the VFDs as set forth in the Consent Order and Schedules 1 and 2 hereto, on an "AS IS, WHERE IS" basis. As set forth in the Consent Order, the Trustee is conveying whatever interests, rights and title that he, the Debtor and/or the Debtor's chapter 7 estate has, have or had in and to the VFDs, if any, on a quitclaim basis.

Section 3. The Trustee represents and warrants to Torcon that all of the Assets shall be sold, assigned, transferred, conveyed and delivered to Torcon as of the date hereof, free and clear of all liens, as further set forth in and qualified by the Consent Order.

Section 4. This instrument is executed by, and shall be binding upon, the Trustee and Torcon and their respective successors and assigns for the uses and purposes set forth herein. The Trustee has the full power and authority to execute, deliver and perform this Bill of Sale and to carry out the Transaction contemplated hereby and in the Consent Order.

Section 5. The Trustee acknowledges that Torcon's delivery of the Payment, subject to the conditions of the Consent Order, is an equivalent exchange for fair value and full consideration for the Inventory and the VFDs.

Section 6. Upon the entry of the Consent Order, the Trustee's execution of this Bill of Sale, and Torcon's delivery of the Payment, subject to the conditions of the Consent Order, the Trustee shall direct and authorize Grove Supply, Inc. to deliver the Inventory to Torcon, free and clear of all liens, claims and interests as provided in the Consent Order.

Section 7. This Bill of Sale shall be governed by and construed in accordance with the laws of the State of New Jersey without giving effect to the choice of laws principles thereof. This Bill of Sale and the Consent Order contains the entire agreement between the Parties hereto with respect to the matters referred to herein. No other representations, undertakings or

agreements, oral or written, respecting such matters, shall be deemed in any way to exist or bind either of the Parties.

IN WITNESS WHEREOF, this Bill of Sale has been duly executed and delivered by the parties as of the date and year first above written.

WITNESS:

THE TRUSTE:
DOUGLAS STANGER, ESQ.,
CHAPTER 7 TRUSTEE FOR THE
ESTATE OF PURDY
MECHANICAL, INC.

_____

By: _____
       Douglas Stanger
       Chapter 7 Trustee

Sworn and subscribed before me
This _____ day of October, 2023

_____

2

3100608.1 099998-00130

## SCHEDULE 1
### Inventory

**Grove Supply, Inc.**

**GROVE SUPPLY, INC. VINELAND BR10**
**144 W. FOREST GROVE ROAD**
**VINELAND NJ 08360**
**856-205-1059  Fax 856-205-1033**

Wholesale Plumbing & Heating Supplies

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 1 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 1 | 15 | 0 | | 3695001.020 A/S: PRIOLO RH EL UNIV<br>BOWL TOP SPUD WHT | 231.250ea | 3468.75 |
| 2 | 15 | 0 | | 3250400 SLOAN G2 8111 OPTIMA PLUS<br>1.6GPF FLUSHOMETER | 385.675ea | 5785.13 |
| 3 | 15 | 0 | | 5901110T.020 A/S: EL HEAVYDUTY SEAT<br>SS CHECKHINGE & EC WHT<br>Min Return Charge 25% IN___ | 16.305ea | 244.58 |
| 4 | 34 | 0 | | 3696001.020 A/S: PRIOLO RHEL UNIV<br>BOWL TPSPDW/BPL WHT<br>Min Return Charge 25% IN___ | 279.167ea | 9491.68 |
| 5 | 6 | 0 | | 3019607 SLOAN BPW-1100-1.6 ROYAL<br>ADA BEDPAN WASHER<br>Min Return Charge 25% IN___ | 387.075ea | 2322.45 |
| 6 | 28 | 0 | | 3789600 SLOAN SLOAN BPW 1100-1.6<br>Min Return Charge 25% IN___<br>\*\*\*PIPE AISLE(SKID)\*\*\* | 387.075ea | 10838.10 |
| 7 | 34 | 0 | | 5901110T.020 A/S: EL HEAVYDUTY SEAT<br>SS CHECKHINGE & EC WHT<br>Min Return Charge 25% IN___ | 16.305ea | 554.37 |
| 8 | 17 | 0 | | 3461001.020 A/S: MADERA EC 16-1/2<br>UN BOWL TP SPD WHT | 86.053ea | 1462.90 |
| 9 | 17 | 0 | | 3250400 SLOAN G2 8111 OPTIMA PLUS<br>1.6GPF FLUSHOMETER | 385.675ea | 6556.48 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

*Wholesale Plumbing & Heating Supplies*

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 2 |

| Ship Via | Terms | Ship Date | Dual Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | | Sales Rep |
|---|---|---|---|
| 1470.040 DEBORAH | BUY | | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 10 | 17 | 0 | | 5901110T.020 A/S: EL HEAVYDUTY SEAT<br>SS CHECKHINGE & EC WHT<br>Min Return Charge 25% IN____ | 16.305ea | 277.19 |
| 11 | 17 | 0 | | 87760 IPS RWG-3 WAX RING W/ BRASS<br>CLOSET BOLT KIT | 4.000ea | 68.00 |
| 12 | 24 | 0 | | 3462001.020 A/S: MADERA EC16-1/2 UN<br>BOWL TPSPD/BP WHT<br>Min Return Charge 25% IN____ | 93.750ea | 2250.00 |
| 13 | 24 | 0 | | 3019607 SLOAN BPW-1100-1.6 ROYAL<br>ADA BEDPAN WASHER<br>Min Return Charge 25% IN____ | 387.075ea | 9289.80 |
| 14 | 24 | 0 | | 5901110T.020 A/S: EL HEAVYDUTY SEAT<br>SS CHECKHINGE & EC WHT<br>Min Return Charge 25% IN____ | 16.305ea | 391.32 |
| 15 | 24 | 0 | | 87760 IPS RWG-3 WAX RING W/ BRASS<br>CLOSET BOLT KIT | 4.000ea | 96.00 |
| 16 | 2 | 0 | | 6590001.020 A/S: WASHBROOK<br>UNIVERSAL URINAL TS | 112.500ea | 225.00 |
| 17 | 2 | 0 | | 3250424 SLOAN G2 8186-0.5 OPTIMA<br>PLUS URINAL FLUSH VALVE 0.5GPM | 385.675ea | 771.35 |
| 18 | 2 | 0 | | 8133166 WATTS CA-311 URINAL CARRIER | 106.112ea | 212.22 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

Wholesale Plumbing & Heating Supplies

**GROVE SUPPLY, INC. VINELAND BR10**
**144 W. FOREST GROVE ROAD**
**VINELAND NJ 08360**
**856-205-1059  Fax 856-205-1033**

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 3 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 19 | 79 | 0 | | 116.222.AB.4 CHICAGO HyTr82 AB IR<br>LAV CONT DC EXT MIX<br>Min Return Charge 25% IN___<br>\*\*\*PIPE AISLE\*\*\* | 381.158ea | 30111.48 |
| 20 | 79 | 0 | | 240.627.21.1 CHICAGO ASSEMBLY, 4"<br>COVERPLATE<br>Min Return Charge 25% IN___<br>\*\*\*PIPE AISLE\*\*\* | 38.043ea | 3005.40 |
| 21 | 79 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING<br>VALVE LEAD FREE | 46.316ea | 3658.96 |
| 22 | 49 | 0 | | LK174 ELKAY 1-1/2" DRAIN FITTING<br>CHROME PLATED BRASS WITH PERFORATED<br>GRID AND TAILPIECE<br>Min Return Charge 25% IN___ | 52.386ea | 2566.91 |
| 23 | 79 | 0 | | 1-1/4 CP 17GA P TRAP L/CO W/BRS<br>NUTS & BOX ESC 301CPBN866<br>{240-03531C04} | 14.891ea | 1176.39 |
| 24 | 79 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT,<br>LEAD FREE | 30.522ea | 2411.24 |
| 25 | 79 | 0 | | 82193 IPS 102-EZ TRAP INSULATION<br>KIT | 29.066ea | 2296.21 |
| 26 | 37 | 0 | | 895-200181AB CHICAGO SINK FAUCET<br>BAR/PANTRY FAUCET<br>Min Return Charge 25% IN___ | 81.316ea | 3008.69 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

*Wholesale Plumbing & Heating Supplies*

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 4 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| | | | | \*\*\*PIPE AISLE\*\*\* | | |
| 27 | 37 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING VALVE LEAD FREE | 46.316ea | 1713.69 |
| 28 | 37 | 0 | | LK174 ELKAY 1-1/2" DRAIN FITTING CHROME PLATED BRASS WITH PERFORATED GRID AND TAILPIECE<br>Min Return Charge 25% IN____ | 52.386ea | 1938.28 |
| 29 | 37 | 0 | | 1-1/4 CP 17GA P TRAP L/CO W/BRS NUTS & BOX ESC 301CPBN866 {240-03531C04} | 14.891ea | 550.97 |
| 30 | 37 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT, LEAD FREE | 30.522ea | 1129.31 |
| 31 | 37 | 0 | | 82193 IPS 102-EZ TRAP INSULATION KIT | 29.066ea | 1075.44 |
| 32 | 52 | 0 | | 0355012.020 A/S: LUCERNE WALL-HUNG LAVA 4 IN CTRS WHT | 37.500ea | 1950.00 |
| 33 | 52 | 0 | | 895-200181AB CHICAGO SINK FAUCET BAR/PANTRY FAUCET<br>Min Return Charge 25% IN____<br>\*\*\*PIPE AISLE\*\*\* | 81.316ea | 4228.43 |
| 34 | 52 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING VALVE LEAD FREE | 46.316ea | 2408.43 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**GROVE SUPPLY, INC. 3VINELAND BR10**
**144 W. FOREST GROVE ROAD**
**VINELAND NJ 08360**
**856-205-1059  Fax 856-205-1033**

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 5 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 35 | 52 | 0 | | LK174 ELKAY 1-1/2" DRAIN FITTING<br>CHROME PLATED BRASS WITH PERFORATED<br>GRID AND TAILPIECE<br>Min Return Charge 25% IN____ | 52.386ea | 2724.07 |
| 36 | 52 | 0 | | 1-1/4 CP 17GA P TRAP L/CO W/BRS<br>NUTS & BOX ESC 301CPBN866<br>{240-03531C04} | 14.891ea | 774.33 |
| 37 | 52 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT,<br>LEAD FREE | 30.522ea | 1587.14 |
| 38 | 52 | 0 | | 82205 IPS 2018ASL1 TRUBRO LAV<br>SHIELDS AMERICAN STANDARD 0355012<br>LAV LUCERNE SINGLE PACK | 131.053ea | 6814.76 |
| 39 | 17 | 0 | | 8186598 WATTS TCA-411 SINGLE LAV<br>CARRIER FOR CONCEALED ARM LAVS<br>{CA-411} | 139.667ea | 2374.34 |
| 40 | 15 | 0 | | 0495221.020 A/S: OVALYN UNDRCTR<br>17-1/8X14-1/8 LAV WHT | 34.375ea | 515.63 |
| 41 | 15 | 0 | | 116.222.AB.4 CHICAGO HyTr82 AB IR<br>LAV CONT DC EXT MIX<br>Min Return Charge 25% IN____<br>\*\*\*PIPE AISLE\*\*\* | 381.158ea | 5717.37 |
| 42 | 15 | 0 | | 240.627.21.1 CHICAGO ASSEMBLY, 4"<br>COVERPLATE<br>Min Return Charge 25% IN____ | 38.043ea | 570.65 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

## Grove Supply, Inc.

**Wholesale Plumbing & Heating Supplies**

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

| BILL TO | SHIP TO |
|---------|---------|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|------|--------------|------|
| 08/16/23 | S5885305 | 6 |

| Ship Via | Terms | Ship Date | Cust Code |
|----------|-------|-----------|-----------|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|-----------|----------|-----------|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|----|---------|---------|----|-------------|------------|---------|
| | | | | ***PIPE AISLE*** | | |
| 43 | 15 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING VALVE LEAD FREE | 46.316ea | 694.74 |
| 44 | 15 | 0 | | LK174 ELKAY 1-1/2" DRAIN FITTING CHROME PLATED BRASS WITH PERFORATED GRID AND TAILPIECE<br>Min Return Charge 25% IN___ | 52.386ea | 785.79 |
| 45 | 15 | 0 | | 1-1/4 CP 17GA P TRAP L/CO W/BRS NUTS & BOX ESC 301CPBN866 {240-03531C04} | 14.891ea | 223.37 |
| 46 | 15 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT, LEAD FREE | 30.522ea | 457.83 |
| 47 | 15 | 0 | | 82193 IPS 102-EZ TRAP INSULATION KIT | 29.066ea | 435.99 |
| 48 | 11 | 0 | | ELUHAD191655PD ELKAY LUSTERTONE CLASSIC STAINLESS STEEL 21-1/2" X 18-1/2" X 5-3/8" SINGLE BOWL UNDERMOUNT ADA SINK W/PERFECT DRAIN<br>Min Return Charge 25% IN___ | 334.783ea | 3682.61 |
| 49 | 11 | 0 | | 201-214284AB CHICAGO CONCEALED KITCHEN SINK FAUCET<br>Min Return Charge 25% IN___<br>***PIPE AISLE*** | 180.369ea | 1984.06 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

*Wholesale Plumbing & Heating Supplies*

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 7 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | | Sales Rep |
|---|---|---|---|
| 1470.040 DEBORAH | BUY | | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 50 | 11 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING VALVE LEAD FREE | 46.316ea | 509.48 |
| 51 | 11 | 0 | | 1-1/2 CP 17GA P TRAP L/CO W/BRS NUTS & BOX ESC 305CPBN867 {240-03631C04} | 15.811ea | 173.92 |
| 52 | 11 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT, LEAD FREE | 30.522ea | 335.74 |
| 53 | 2 | 0 | | ELUHAD131655PD ELKAY LUSTERTONE CLASSIC STAINLESS STEEL 16" X 18-1/2" X 5-3/8" SINGLE BOWL UNDERMOUNT ADA SINK WITH PERFECT DRAIN<br>Min Return Charge 25% IN____ | 285.653ea | 571.31 |
| 54 | 2 | 0 | | 201-214284AB CHICAGO CONCEALED KITCHEN SINK FAUCET<br>Min Return Charge 25% IN____<br>\*\*\*PIPE AISLE\*\*\* | 180.369ea | 360.74 |
| 55 | 2 | 0 | | 0204143 WATTS LF-USG-M2-B MIXING VALVE LEAD FREE | 46.316ea | 92.63 |
| 56 | 2 | 0 | | 1-1/2 CP 17GA P TRAP L/CO W/BRS NUTS & BOX ESC 305CPBN867 {240-03631C04} | 15.811ea | 31.62 |
| 57 | 2 | 0 | | CS400AXC BRSCRF LAV/WALL SPLY KIT, LEAD FREE | 30.522ea | 61.04 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

Wholesale Plumbing & Heating Supplies

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 8 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| 58 | 3 | 0 | | MSB3624100 FIAT MOP RECEPTOR 3IN DRAIN | 161.903ea | 485.71 |
| 59 | 3 | 0 | | 832AA000 FIAT HOSE AND BRACKET | 16.305ea | 48.92 |
| 60 | 3 | 0 | | 889CC000 FIAT MOP HANGER 889CC | 30.435ea | 91.31 |
| 61 | 3 | 0 | | E77AA36000 FIAT VINYL BUMPER GUARD<br>Min Return Charge 25% IN____ | 20.131ea | 60.39 |
| 62 | 3 | 0 | | E77AA24000 FIAT VINYL BUMPER GUARD | 18.783ea | 56.35 |
| 63 | 3 | 0 | | MSG3624000 FIAT SS WALL GUARD<br>Min Return Charge 25% IN____ | 134.196ea | 402.59 |
| 64 | 3 | 0 | | 445-897SRXKCCP CHICAGO HOT AND COLD SERVICE SINK FAUCET<br>Min Return Charge 25% IN____<br>\*\*\*PIPE AISLE\*\*\* | 224.316ea | 672.95 |
| 65 | 3 | 0 | | ACORN S0408-CH12-BFP DRENCH HOSE<br>Min Return Charge 25% IN____<br>\*\*4 BOXES WILL CALL\*\*\* | 303.653ea | 910.96 |
| 66 | 3 | 0 | | G6020 GUARDIAN THERMOSTATIC MIXING VALVE<br>Min Return Charge 25% IN____<br>\*\* will call\*\*\* | 432.432ea | 1297.30 |
| 67 | 23 | 0 | | B65C-10 WOODFORD 10IN WALL HYDRANT | 371.281ea | 8539.46 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

Wholesale Plumbing & Heating Supplies

**GROVE SUPPLY, INC. VINELAND BR10**
**144 W. FOREST GROVE ROAD**
**VINELAND NJ 08360**
**856-205-1059  Fax 856-205-1033**

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 9 |

| Ship Via | Terms | Ship Date | Dual Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | | Sales Rep |
|---|---|---|---|
| 1470.040 DEBORAH | BUY | | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| | | | | W/ BOX<br>Min Return Charge 25% IN___ | | |
| 68 | 1 | 0 | | 24P3/4 WOODFORD 3/4IN HOSE BIBB<br>W/VB ROUGH CHROME | 44.187ea | 44.19 |
| 69 | 5 | 0 | | 1-1/4 CP 17GA P TRAP L/CO W/BRS<br>NUTS & BOX ESC 301CPBN866<br>{240-03531C04} | 14.891ea | 74.46 |
| 70 | 5 | 0 | | R19XC ANGLE STOP 1/2CX3/8 , BRSCRFT<br>LEAD FREE | 5.490ea | 27.45 |
| 71 | 65 | 0 | | JRS 2005-A05CP-Y04-P050 4NH FLOOR<br>DRAIN W/ ADJ ROUND CP TOP, TRAP<br>PRIMER TAP<br>Min Return Charge 25% IN___ | 91.000ea | 5915.00 |
| 72 | 4 | 0 | | JRS 2005-A05CP-Y02 2IN NH FLOOR<br>DRAIN W 5IN C.P TOP<br>Min Return Charge 25% IN___<br>B/O 20 TOPS | 91.000ea | 364.00 |
| 73 | 2 | 0 | | JRS 3823-3 DRIP & CONDENSATE FUNNEL<br>W/TRAP 3IN<br>Min Return Charge 25% IN___ | 335.867ea | 671.73 |
| 74 | 2 | 0 | | 6550053 POWERS LFMM435-1 2IN LF<br>T-VLV 2 IN LEAD FREE HYDROGUARD XP<br>LEAD FREE MASTER MIXING VALVE, 208<br>GPM, ROUGH BRONZE MASTER MIXING | 2010.870ea | 4021.74 |

**\*\*\* Continued on Next Page \*\*\***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**Grove Supply, Inc.**

GROVE SUPPLY, INC. VINELAND BR10
144 W. FOREST GROVE ROAD
VINELAND NJ 08360
856-205-1059  Fax 856-205-1033

Wholesale Plumbing & Heating Supplies

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

** Bid **

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 10 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| | | | | VALVE<br>Min Return Charge 25% IN____ | | |
| 75 | 2 | 0 | | 0391004 WATTS LF009M2QT 1IN RPZ<br>BACKFLOW PREVENTER | 366.779ea | 733.56 |
| 76 | 2 | 0 | | 0881376 WATTS 909AGC AIR GAP (SEE<br>AG-A 009M2/M3 VALVE 3/4) | 72.106ea | 144.21 |
| 77 | 2 | 0 | | 105-505NL LEGEND 1 THD NO LEAD<br>BRONZE WYE STRAINER | 35.073ea | 70.15 |
| 78 | 10 | 0 | | 0072203 WATTS LF7RU22 1/2" LEAD<br>FREE BACK FLOW PREVENTER VALVE | 54.212ea | 542.12 |
| 79 | 1 | 0 | | 8188354 WATTS LFTP300T TRAP SEAL<br>PRIMER {MR-500} | 44.825ea | 44.83 |
| 80 | 1 | 0 | | 8188355 WATTS LFTP300-DU-DR TRAP<br>SEAL DISTRIBUTION UNIT {MI-DU-625} | 31.380ea | 31.38 |
| 81 | 30 | 0 | | C-96-500-B30-V-X-CHKS SYMMONS<br>SHOWER COMMERCIAL SERIES TEMPTROL<br>TEMPTROL SHOWER SYSTEM WITH LEVER<br>HANDLE AND INTEGRAL SERVICE STOPS<br>Min Return Charge 25% IN____<br>***toto aisle***<br>SHOWER VALVE & DIVERTER VALVE<br>ROUGHS ONLY! | 701.256ea | 21037.68 |
| 82 | 7 | 0 | | 652-A SIOUX CHIEF 1/2 HAMMER | 11.745ea | 82.22 |

*** Continued on Next Page ***

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.



**GROVE SUPPLY, INC. VINELAND BR10**
**144 W. FOREST GROVE ROAD**
**VINELAND NJ 08360**
**856-205-1059  Fax 856-205-1033**

| BILL TO | SHIP TO |
|---|---|
| PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 | PURDY MECHANICAL, INC<br>110 MIAMI AVE.<br>PO BOX 532<br>ABSECON, NJ 08201-0532 |

**\*\* Bid \*\***

| Date | Order Number | Page |
|---|---|---|
| 08/16/23 | S5885305 | 11 |

| Ship Via | Terms | Ship Date | Cust Code |
|---|---|---|---|
| OT OUR TRUCK | 2% 10th Net30 | 08/16/23 | 22317 |

| PO Number | Job Name | Sales Rep |
|---|---|---|
| 1470.040 DEBORAH | BUY | JOHN RHODES |

| LN | ORD QTY | SHIPPED | BO | DESCRIPTION | Unit Price | Ext Amt |
|---|---|---|---|---|---|---|
| | | | | ARRESTOR | | |
| 83 | 8 | 0 | | 0061657 WATTS SD3-MF 3/8" BFP<br>W/STRAINER | 102.378ea | 819.02 |
| 84 | 3 | 0 | | 0072203 WATTS LF7RU22 1/2" LEAD<br>FREE BACK FLOW PREVENTER VALVE | 32.537ea | 97.61 |
| 85 | 1 | 0 | | 69440 IPS SS4009 4" SURESEAL TRAP<br>PRIMER (69040) (GD104) | 26.928ea | 26.93 |
| | | | | BID TOTAL | | 196328.53 |
| | | | | Bid Amount | | 196328.53 |

X_____

.. Reprint .. Reprint .. Reprint .. Reprint ..

This order is subject to terms and conditions.
Visit our website at www.grovesupplyinc.com/terms
Prices are good for 30 days. Subject to change without notice.

**SCHEDULE 2**
**VFDs**

4

3100608.1 099998-00130

## VARIABLE FREQUENCY DRIVES

| | |
|---|---|
| 2 | Tag: See description for tags<br>vfd factory - Yaskawa - YA Z1D3B011PN3Z1000U NEMA 3R 7.5HP 480V BYPASS EMC FILTER, CIRCUIT BREAKER, SPACE HEATER. Tags: RF-3, EF-17B   Wt.: 186 lbs ea. |
| 2 | Tag: EF-1-2<br>vfd factory - Yaskawa - YA Z1D3B14PN3Z1000U NEMA 3R 10HP 480V BYPASSEMC FILTER, CIRCUIT BREAKER, SPACEHEATER.   Wt.: 186 lbs ea. |