William J. Burnett, Esquire (WB4536)
FLASTER GREENBERG, P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 587-5680
Fax: (215) 279-9394
Attorneys for the Ch. 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| IN RE: | CAMDEN VICINAGE |
|---|---|
| PURDY MECHANICAL, INC., | Chapter 7 |
| | Case No.: 23-16425 |
| Debtor. | Judge: Hon. Andrew B. Altenburg, Jr. |

**MOTION TO EXPEDITE CERTAIN CONSENT ORDERS TO ENABLE THE USE OF CASH COLLATERAL AND COLLECT ACCOUNTS RECEIVABLE**

TO:    ALL PARTIES ON SERVICE LIST

PLEASE TAKE NOTICE that Douglas S. Stanger, Chapter 7 Trustee of the Bankruptcy Estate of Purdy Mechanical, Inc. (the "Trustee") shall move before the Honorable Andrew B. Altenburg, U.S.B.J. United States Bankruptcy Court, Courtroom 4B, 400 Cooper Street, Camden, New Jersey, 08101, on October 10, 2023, at 10:00 a.m., for consideration of the Expedited Motion to Expedite Certain Consent Orders to Enable the Use of Cash Collateral and to Collect Accounts Receivable (the "Motion").

If you would like a full copy of the Motion, you may contact William J. Burnett, Esq., counsel to the Trustee by email at william.burnett@flastergreenberg.com or by telephone at (215) 587-5680.

If you do not want the Court to grant the relief requested in the Motion or grant any related relief the Court deems is appropriate, and want the Court to consider your view on the Motion,

then at any time prior to the hearing you may file a response by mailing it to the United States Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersey, 08101. You may also present your objection orally at the time set forth above either in person before the Court of by telephone. If you wish to appear by telephone, you should contact the Clerk's Office at (856) 361-2300 prior to the hearing.

If you have any questions concerning this notice or the Motion, you may contact at william.burnett@flastergreenberg.com or by telephone at (215) 587-5680.

                                          FLASTER/GREENBERG, P.C.

                                        */s/ William J. Burnett*
                                        William J. Burnett, Esq.
                                        *Counsel to Chapter 7 Trustee*

                                        Dated:  October 4, 2023