| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** FLASTER/GREENBERG A Professional Corporation Douglas S. Stanger, Esq. (DS 5141) 1810 Chapel Avenue West Cherry Hill, NJ 08002 Phone: 609-645-1881 *Counsel for Chapter 7 Trustee* |

| In re: | Chapter 7 |
|---|---|
| PURDY MECHANICAL, INC., | Case No. 23-16425 |
| Debtor. | Hon. Andrew B. Altenburg, Jr. |

### NOTICE OF MOTION TO AUTHORIZE PUBLIC AUCTION OF DEBTOR'S ASSETS FREE AND CLEAR OF ANY LIENS, CLAIMS, AND INTERESTS

TO:   ALL PARTIES ON THE CERTIFICATION OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Douglas S. Stanger, Chapter 7 Trustee for the Bankruptcy Estate of Purdy Mechanical, Inc., shall move before the Honorable Andrew B. Altenburg, U.S.B.J., at the United States Bankruptcy Court located at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey, 08101, on November 28, 2023, at 10:00 a.m. or as soon thereafter as Counsel may be heard, on a Motion for an Order Authorizing the Public Auction of Debtor's Assets Free and Clear of Liens, Claims and Interests.

In support of this Motion, reliance shall be placed upon the supporting certification filed herewith, and upon further documentary evidence and/or testimony, together with any legal argument which may be required at the hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an Order authorizing the sale of the property at public auction, or if you want the Court to consider your views on the Motion, you must file with the Court a written response explaining your position by mailing it to:

> Clerk of the Court
> U.S. Bankruptcy Court
> Mitchell H. Cohen U.S. Courthouse
> 400 Cooper Street, 4th Floor
> Camden, NJ 08101

You must also mail a copy to:

> Douglas S. Stanger, Esquire
> Flaster Greenberg, P.C.
> 1810 Chapel Avenue West
> Cherry Hill, NJ 08002

The response must be served no later than seven (7) days prior to the hearing date set forth herein, pursuant to D.N.J. LBR 9013-1(a).

Attend the hearing scheduled to be held on November 28, 2023, at 10:00 a.m. at the United States Bankruptcy Court located at the Clarkson S. Fisher US Courthouse, 402 East State Street, Courtroom #2, Trenton, New Jersey, 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

10802713 v1

Oral argument is not requested and no brief is necessary, as it does not present complicated questions of fact or unique questions of law.

FLASTER/GREENBERG P.C.

/s/ Douglas S. Stanger
Douglas S. Stanger, Esquire

Date: October 30, 2023

10802713 v1