UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

In Re:

PURDY MECHANICAL, INC.
                                    Debtor.

Case No.: 23-16425-ABA

Judge: ABA

Chapter: 7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Douglas S. Stanger, Esq.,__ is the (check all that apply):

   ☒ Trustee:        ☒ Chap. 7        ☐ Chap. 11        ☐ Chap. 13

   ☐ Debtor:         ☐ Chap. 11       ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Peter Costanzo Auctioneers Inc__ to serve as (check all that apply):

   ☐ Attorney for:   ☐ Trustee        ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for: ☐ Trustee        ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☒ Auctioneer     ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   It is needed for the specific purpose of auctioning equipment, tools, etc.

4. The professional has been selected because:
   The auctioneers have over 30 years experience in the auction profession with numerous prior auctions of similar vehicles and equipment.

5. The professional services to be rendered are as follows:
   To represent the Trustee in a public auction to take place on or about _____ in either a private ssale or online auction.

6. The proposed arrangement for compensation is as follows:
   The auctioneer will be entitled to 10% commission charged to the seller, with an additional buyer's premium of 15%, along with advertising, staffing and preparation expenses as set forth in Exhibit A submitted herewith.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Vehicles, equipment, tools, office equipment, etc. located at 110 Miami Avenue, Absecon, New Jersey, 08201.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: October 17, 2023

/s/Douglas S. Stanger
Signature of Applicant

rev.8/1/15

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)

Douglas S. Stanger (DS 5141)
Flaster/Greenberg, P.C.
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(609) 645-1881
Counsel for Ch. 7 Trustee

In Re:
PURDY MECHANICAL, INC.
                                            Debtor.

Case No.: 23-16425-ABA
Judge: ABA
Chapter: 7

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Peter Costanzo, being of full age, certify as follows:

1. I am seeking authorization to be retained as Auctioneer for the Trustee.

2. My professional credentials include: I am the owner of Peter Costanzo Auctioneers, Inc. I have experience in conducting public, private and online auctions and am qualifed to act as an auctioneer for the trustee as set forth in this application.

3. I am a member of or associated with the firm of: Peter Costanzo Auctioneers Inc 22 Smock Street, Neptune City, New Jersey, 07753.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows My firm will be entitled to 10% commission charged to the seller, with an additional buyer's permium of 15%, along with advertising, staffing and preparation expenses as set forth in Exhibit A submitted herewith.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

_____

_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: _____

_____

_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

_____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: I have over 30 years experience in the auction profession with numerous prior auctions of similar vehicles and equipment.

2

b.  The proposed method of calculation of my compensation, including rates and formulas, is: A 10% commission charged to the seller, with an additional buyer's premium of 15%, along with advertising, staffing and preparation expenses as set forth in Exhibit A submitted herewith.

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: Advertising Expenses of approximately $3,500.00, labor and staffing expenses of approximately $2,750.00, preparation of vehicles and equipment not to exceed $1,000.00 without trustee approvals.

d.  Have you, or a principal of your firm, been convicted of a criminal offense?

☒ No          ☐ Yes (explain below)

e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.  If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Vehicles, equipment, tools, office equipment located at 110 Miami Avenue, Absecon, New Jersey, 08201.

I certify under penalty of perjury that the above information is true.

Date: October 16, 2023                    _____
                                          Signature of Professional

rev.8/2015

3

# Peter Costanzo

### Auctioneers, Inc.
### 22 Smock Street - Neptune City, NJ 07753
### 732-776-7222 / 732-776-5177 Fax



August 22, 2023

Doug Stanger, Esq.
Flaster Greenberg PC
646 Ocean Heights Ave., Suite 103
Linwood, NJ 08221

                                        RE: Purdy Mechanical
                                              Absecon, NJ

Dear Mr. Stanger,

Please find below an estimate of the expense for the above referenced online auction.

1. 10% commission charged to the seller. An additional buyer's premium of 15% will be added to each customer invoice.

2. Advertising - Preparation & Insertion - Ads placed on our website: www.petercostanzoauctioneers.com, postings on AuctionZip.com; a worldwide auction locating service (plus a display ad on the Auction Zip NJ & PA home pages), e-mail blasts to over 15,000 previous auction customers (sent out three times), additional emails (purchased lists) to be sent to mechanical and plumbing contractors, Auction ads in the appropriate local newspapers and specialty publications, and postings on appropriate social media platforms. We will also do a telephone invitation to approximately 200 of our best auction customers for construction material.
Advertising & Promotional Costs...................................................$ 3,500.00

3. Additional Labor & Staffing Expenses: Labor to clean and organize all of the offices. Staff to inventory all vehicles, equipment and supplies, and to organize, photograph, tag and catalog. Provide staffing for 2 preview days prior to the auction. Administration of complete online auction (2 week registration period, auction reports, and invoicing). Post auction supervision and invoice collection. Load out vehicles and the inventory for 3 days after the auction with forklift operator...............$ 2,750.00

4. Preparation of vehicles and equipment for sale including but not limited to mechanical repairs, clean up, fuel, keys made if necessary, mobile vehicle and diesel mechanics, batteries if necessary, removal of decals if necessary..............................................................$1,000.00

# EXHIBIT "A"

10809418 v1

Total Expenses: ………………………………….…..$7,250.00 (Plus 10% seller commission.)

Please include this expense estimate in my certification.

Respectfully Submitted,


Peter Costanzo, President
Peter Costanzo Auctioneers