| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Douglas S. Stanger (DS 5141)<br>Flaster/Greenberg, P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>(609) 645-1881<br>Counsel for Ch. 7 Trustee | Order Filed on October 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>PURDY MECHANICAL, INC.<br>Debtor. | Case No.: 23-16425-ABA<br>Judge: ABA<br>Chapter: 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF Peter Costanzo Auctioneers, Inc.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 25, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:      Purdy Mechanical, Inc.

Case No.:      23-16425-ABA

Applicant:      Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:      Peter Costanzo Auctioneers, Inc.

Address of Professional:      22 Smock Street

Neptune City, New Jersey 07753

☐ Attorney for (check all that apply):
     ☐ Trustee    ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☐ Accountant for:
     ☐ Trustee    ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☑ Other Professional:
     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☑ Auctioneer
     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*