| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> FLASTER/GREENBERG <br> A Professional Corporation <br> Douglas S. Stanger, Esq. (DS 5141) <br> 1810 Chapel Avenue West <br> Cherry Hill, NJ 08002 <br> Phone: 609-645-1881 <br> *Counsel for Douglas S. Stanger, Chapter 7 Trustee* | |
| In re: <br><br> PURDY MECHANICAL, INC., <br><br>                          Debtor. | Chapter 7 <br><br> Case No. 23-16425 <br><br> Hon. Andrew B. Altenburg, Jr. |

**ORDER GRANTING MOTION AUTHORIZING
PUBLIC AUCTION OF DEBTOR'S ASSETS
<u>FREE AND CLEAR OF ANY LIENS, CLAIMS AND INTERESTS</u>**

      The relief set forth on the following page, numbered two (2) through three (3), is hereby

ORDERED.

10826744 v1

AND NOW, upon consideration the Motion to Authorize the Public Auction of Debtor's Assets Free and Clear of any Liens, Claims, and Interests (the "Motion"); and after consideration of the Motion and any and all responses thereto; and after due deliberation and it appearing that the relief sought is in the best interests of the Debtor, its estate, and its creditors; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, the Trustee may sell the Assets at Auction as set forth in the Motion, and without further order of the Court; and it is further

ORDERED, that the sale of the Assets at Auction is on an "AS IS, WHERE IS" basis, without any warranty, either express or implied, with all defects, known or unknown; and it is further

ORDERED, that pursuant to Section 363 of the Bankruptcy Code and in furtherance of the Trustee's efforts to liquidate the Assets at Auction, the sale of the Assets is and shall be free and clear of any and all liens, claims, security interests, mortgages, pledges, charges, indentures, loan agreements, options, rights of first refusal, offsets, recoupments, rights of recover, judgments, orders and decrees of any court or governmental entity, interest, successor, products, tax and other liabilities and claims against the Debtor or its property, of any kind or nature, whether secured or unsecured, choate, or inchoate, filed or unfiled, scheduled or unscheduled, notice or unnoticed, recorded or unrecorded, contingent or non-contingent, liquidated or unliquidated, matured or unmatured, known or unknown (collectively, the "Liens and Claims"); and it is further

ORDERED, that the Liens and Claims, if any, shall attach to the proceeds of the Auction.

10826744 v1