```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire (DS5141)
Flaster/Greenberg P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(609) 645-1881
Counsel for Ch. 7 Trustee
```

In Re:

Purdy Mechanical, Inc.,
              Debtor.

Case No.: __23-16425-ABA__

Chapter: __7__

Adv. No.: _____

Hearing Date: _____

Judge: __ABA__

## CERTIFICATION OF SERVICE

1. I, ___Diana M. Janansky___:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Flaster Greenberg PC__, who represents the ___Trustee___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __October 30, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion to Authorize Public Auction of Debtor's Assets Free and Clear of Liens, Certification of Counsel in support thereof, proposed form of Order and Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __October 30, 2023__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph M. Casello, Esq.<br>Collins, Vella & Casello<br>2317 Route 34<br>Suite 1A<br>Manasquan, NJ 08736 | Attorney for the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Purdy Mechanical, Inc.<br>110 Miami Avenue<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Edmond M. George, Esq.<br>Michael D. Vagnoni, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Attorneys for Secured Creditor, OceanFirst Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |